IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SYLVIA RAY, as personal representative of the ESTATES of PAIGE MITCHELL and KACI MITCHELL, deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:19-cv-00069-MU |
| Estate of BRADLEY ELLIOT GRAY, deceased, CITY OF MOUNDVILLE, MOUNDVILLE POLICE DEPARTMENT, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS DEFENDANT
## MOUNDVILLE POLICE DEPARTMENT

COME NOW Defendants, the City of Moundville and the Moundville Police Department, and move this Honorable Court to Dismiss the Moundville Police Department as a Defendant to this action. In support of this motion, the Defendants aver as follows:

**The Moundville Police Department is not an entity subject to suit**

The Complaint names the City of Moundville as a Defendant. It also names the Moundville Police Department as a Defendant. Because the Police Department

is a department of the City, it is not a separate entity subject to suit. "[T]his Court has previously determined that police departments are not a proper legal entity capable of being sued." *Howard v. City of Demopolis*, 984 F. Supp. 2d 1245, 1253 (S.D. Ala. 2013)(DuBose, J.); *see also Reese v. Chicago Police Dept.,* 602 F. Supp. 441, 443 (N.D. Ill. 1984)(finding a police department does not have a legal existence separate from the city and, therefore, is not a suable entity); *Lee v. Wood*, 2007 U.S. Dist. LEXIS 63134, at*7 (S.D. Ala. Aug. 27, 2007)(finding that the City of Mobile Police Department is not a suable entity under state law). The Moundville Police Department is therefore due to be dismissed as a Defendant.

WHEREFORE, the foregoing premises considered, the Defendants would respectfully ask this Court to DISMISS the Moundville Police Department as a Defendant in this action.

s/ James W. Porter, II
James W. Porter, II
Attorney for Defendants
State Bar ID: ASB3314T79J

s/ R. Warren Kinney
Richard Warren Kinney
Attorney for Defendants
State Bar ID: ASB5682D57K
Southern District Code: KINNR5682

OF COUNSEL:

**Porter, Porter & Hassinger, P.C.**
880 Montclair Road, Ste. 175
Birmingham, AL 35213
T: (205) 322-1744
F: (205) 322-1750
jwporterii@pphlaw.net
wkinney@pphlaw.net

## *CERTIFICATE OF SERVICE*

      I hereby certify that a copy of the above and foregoing has been ***electronically filed*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, on this the 26th day of February, 2019. If Notice of Electronic Filing indicates that Notice should be delivered by other means to any of the following, I certify that a copy will be sent via electronic and/or U.S. Mail.

John E. McCulley
601 Greensboro Ave., Ste. 200
Tuscaloosa, AL 35401
johnemcculley@gmail.com

Michael S. Burroughs
P.O. Box 1908
Tuscaloosa, AL 35403
mike@michaelburroughs.com

                                              /s/ R. Warren Kinney
                                              OF COUNSEL