IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Sylvia RAY,** etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. **19-0069-MU** |
| | ) | |
| **The Estate of Bradley Elliott GRAY**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# RESPONSE TO MOTION BY CITY OF MOUNDVILLE AND MOUNDVILLE POLICE DEPARTMENT TO DISMISS DEFENDANT MOUNDVILLE POLICE DEPARTMENT

Based upon the representation by defendants' counsel that the City of Moundville is the appropriate party, plaintiffs do not oppose dismissal of defendant Moundville Police Department.

/s/ John E. McCulley
_____
John E. McCulley
One of the Attorneys for Plaintiffs
ASB-1374-U76J

JOHN E. McCULLEY, P. C.
601 Greensboro Ave. – Ste. 200
Tuscaloosa, AL 35401
P. O. Box 20576
Tuscaloosa, AL 35402
205-345-6773
johnemcculley@gmail.com

<u>Certificate of Service</u>

      I certify that I served a copy of the foregoing upon the following via the court's electronic noticing system.

Hon. James W. Porter
Hon. R. Warren Kinney
Porter, Porter & Hassinger, P.C.
880 Montclair Rd. – Ste. 175
Birmingham, AL 35213
205-322-1744
jwporterii@pphlaw.net
wkinney@pphlaw.net

      DONE on the date filed with the clerk,

      /s/ John E. McCulley
      _____
      John E. McCulley