**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| SYLVIA RAY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAIGE MITCHELL, DECEASED, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 19-0069-KD-MU ) ) |
| ESTATE OF BRADLEY ELLIOTT GRAY, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING DISCOVERY

COMES NOW Defendant KEN ROBERTSON, by and through his undersigned counsel, and hereby certifies that he has on this the 22nd day of October, 2020, served a copy of the following discovery to all parties in the above-styled cause:

**Defendant Ken Robertson's Second Set of Interrogatories and Request for Production to Plaintiff.**


                                                                     */s/Thomas O. Gaillard III*
                                                                     THOMAS O. GAILLARD III (GAILT9459)
                                                                     *Attorney for Defendant Ken Robertson*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521 Telephone
(251) 432-0633 Facsimile
E-Mail: tog@helmsinglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John E. McCulley, Esquire (*johnemcculley@gmail.com*)
John E. McCulley, P.C.
601 Greensboro Avenue, Suite 200
Tuscaloosa, AL 35401

Michael S. Burrough (*Mike@MichaelBurroughs.com*)
Post Office Box 1908
Tuscaloosa, AL 35403

James W. Porter, Esquire (*jwporterii@pphlaw.net*)
R. Warren Kinney, Esquire (*wkinney@pphlaw.net*)
Porter, Porter & Hassinger, P.C.
880 Montclair Road, Suite 175
Birmingham, AL 35213

*/s/ Thomas O. Gaillard III*
OF COUNSEL