# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SYLVIA RAY, as personal representative of the ESTATES of PAIGE MITCHELL and KACI MITCHELL, deceased,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| **v.** | )    Case No. 2:19-cv-00069-KD-MU |
| | )<br>) |
| **CITY OF MOUNDVILLE,** *et al.***,** | )<br>) |
| **Defendants.** | ) |

## POSITION OF THE PARTIES REGARDING SETTLEMENT

COME NOW Defendants, the City of Moundville and Ken Robertson, and the Plaintiff, Sylvia Ray as Administrator of the Estates of Paige and Kaci Mitchell, and file this Report regarding the Parties' positions towards settlement.

1. The Parties have not fully explored the prospect of resolving this case by settlement agreement, they but would like the opportunity to do so.

2. Should the Court be so inclined, the Parties would request that a mediation be conducted by the Hon. Magistrate Judge P. Bradley Murray via a Court ordered settlement conference.

3. Out of town counsel would be willing to travel to Mobile, AL for the conference, should the Court so order it.

Respectfully submitted, this the 11th day of November, 2020.

                                                   s/ R. Warren Kinney
James W. Porter, II
Richard Warren Kinney
Southern District Code: KINNR5682
**Porter, Porter & Hassinger, P.C.**
880 Montclair Road, Ste. 175
Birmingham, AL 35213
jwporterii@pphlaw.net
wkinney@pphlaw.net
*Attorneys for City of Moundville*


                               s/ Thomas O. Gaillard, III
Thomas O. Gaillard, III
**HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.**
Post Office Box 2767
Mobile, AL 36652
E-Mail: tog@helmsinglaw.com
*Attorney for Ken Robertson*


                                   s/ John E. McCulley
John E. McCulley
601 Greensboro Ave., Ste. 200
Tuscaloosa, AL 35401
johnemcculley@gmail.com
*Attorney for Plaintiff Sylvia Ray*