

Deposition of:
## Sylvia Ray

*July 23, 2020*

In the Matter of:

## Ray, Sylvia, et al. Vs. Gray, Bradley Elliott, Estate Of, et al.

Veritext Legal Solutions
877.373.3660 | calendar-al@veritext.com | 800.808.4958

```
 1        IN THE UNITED STATES DISTRICT COURT

 2           SOUTHERN DISTRICT OF ALABAMA

 3               NORTHERN DIVISION

 4

 5    SYLVIA RAY, AS PERSONAL )

 6    REPRESENTATIVE OF THE   )

 7    ESTATE OF PAIGE         )

 8    MITCHELL, DECEASED,     )

 9    et al.,                 )

10            Plaintiffs,    ) CIVIL ACTION NO:

11                           ) 19-0069-KD-MU

12    VS.                     )

13    ESTATE OF BRADLEY       ) DEPOSITION OF:

14    ELLIOTT GRAY, et al.,   ) SYLVIA RAY

15            Defendants.    )

16

17        S T I P U L A T I O N S

18        IT IS STIPULATED AND AGREED, by and

19    between the parties through their

20    respective counsel, that the deposition of:

21              SYLVIA RAY,

22    may be taken before Karen Hinch, Licensed

23    Court Reporter and Notary Public, State at
```

1 Large, at the Law Offices of Phelps,
2 Jenkins, Gibson & Fowler, 1201 Greensboro
3 Avenue, Tuscaloosa, Alabama 35401, on the
4 23rd day of July, 2020, commencing at
5 approximately 10:00 a.m.
6
7       IT IS FURTHER STIPULATED AND AGREED
8 that the signature to and reading of the
9 deposition by the witness is waived, the
10 deposition to have the same force and
11 effect as if full compliance had been had
12 with all laws and rules of Court relating
13 to the taking of depositions.
14
15       IT IS FURTHER STIPULATED AND AGREED
16 that it shall not be necessary for any
17 objections to be made by counsel to any
18 questions, except as to form or leading
19 questions, and that counsel for the parties
20 may make objections and assign grounds at
21 the time of the trial, or at the time said
22 deposition is offered in evidence, or prior
23 thereto.

1       A P P E A R A N C E S
2
3 ON BEHALF OF THE PLAINTIFFS:
4     John E. McCulley
5     Attorney at Law
6     John E. McCulley, P.C.
7     601 Greensboro Avenue, Suite 200
8     Tuscaloosa, AL 35401
9 ON BEHALF OF THE DEFENDANTS:
10     Thomas O. Gaillard, III
11     Attorney at Law
12     Helmsing, Leach, Herlong,
13       Newman & Rouse, P.C.
14     Post Office Box 2726
15     Mobile, AL 36652
16
17     R. Warren Kinney
18     Attorney at Law
19     Porter, Porter & Hassinger, P.C.
20     880 Montclair Road, Suite 175
21     Birmingham, AL 35213
22
23

1           I N D E X
2               Page
3 Direct Examination by Mr. Gaillard    5
4 Cross-Examination by Mr. Kinney      81
5 Redirect Examination by Mr. Gaillard  101
6
7
         EXHIBIT INDEX
8
              Marked
9 Defendant's
10 Exhibit 1   Statement of Claim    34
11 Exhibit 2   Court order      47
12 Exhibit 3   Plea agreement       47
13 Exhibit 4   Court document       48
14 Exhibit 5   Court document       50
15 Exhibit 6   Court document       51
16 Exhibit 7   Court document       51
17 Exhibit 8   Aerial map      75
18 Exhibit 9   Aerial map      75
19 Exhibit 10  Photos          75
20 Exhibit 11  Aerial photo      76
21 Exhibit 12  Photo        76
22 Exhibit 13  Aerial photo       77
23 Exhibit 14  Deposition notice     80

1       I, Karen Hinch, Licensed Court
2 Reporter, and a Notary Public for the State
3 of Alabama at Large, acting as
4 Commissioner, certify that on this date, as
5 provided by the Federal Rules of Civil
6 Procedure and the foregoing stipulation of
7 counsel, there came before me on the 23rd
8 day of July, 2020, at the law offices of
9 Phelps, Jenkins, Gibson & Fowler, 1201
10 Greensboro Avenue, Tuscaloosa, Alabama
11 35401, commencing at approximately
12 10:00 a.m., SYLVIA RAY, witness in the
13 above cause, for oral examination,
14 whereupon the following proceedings were
15 had:
16       SYLVIA ANN RAY,
17 being first duly sworn, was examined and
18 testified as follows:
19       DIRECT EXAMINATION
20 BY MR. GAILLARD:
21 Q       Tell us your full name, please.
22 A       Sylvia Ann Casey Ray.
23 Q       Ms. Ray, my name is Tom

1 Gaillard. I represent Ken Robertson who's a
2 defendant in this case. We're here to take
3 your deposition today. Have you ever given
4 a deposition before?
5 A        No.
6 Q        Okay. Let me just go through a
7 few sort of ground rules to help us get
8 started this morning.
9        I'll be asking questions, and
10 you'll be giving the answers, and the court
11 reporter will be taking down everything we
12 say. So if you can remember, instead of
13 nodding your head or saying uh-huh or
14 huh-uh, if you can give a verbal response
15 that she can take down. We'll all have to
16 go back and read it later, and it will be
17 better --
18 A        Yes.
19 Q        -- if we do that, and it makes it
20 clear. And I'll try to do the same, and
21 I'll try not to talk over you if you're
22 giving an answer. And if you'll make sure
23 to let me try to get my question out before

1 you answer too, that helps us keep it
2 clearer on paper later.
3        I don't know how long we'll be.
4 I don't think we'll be here all day with
5 this, but you never know when you get
6 started in these things how long they'll go.
7 So it's not an endurance contest. If you
8 need to take a break at any point for any
9 reason, you just let me know and we'll be
10 glad to do that. Okay?
11 A        That's fine.
12 Q        I want to, I guess, start just
13 getting a little bit of background
14 information, because there's some things we
15 know about this case, and there's other
16 things we don't, or about you and your
17 family and all that. So I want to ask a
18 little bit about that.
19        I understand that you're living
20 in Gadsden, Alabama; is that right?
21 A        That's correct.
22 Q        How long have you lived there?
23 A        Sixty-six years.

1 Q        Have you ever lived in
2 Moundville?
3 A        No.
4 Q        Okay. And as I understand it
5 from some of the documents, you are the
6 mother of Paige Mitchell?
7 A        That's correct.
8 Q        Okay. And also, as I understand
9 was Danny Ray?
10 was Danny Ray?
11 A        That's correct.
12 Q        And that was Paige's father?
13 A        Yes.
14 Q        And he was initially the personal
15 representative of her estate?
16 A        That's right.
17 Q        But he has since passed?
18 A        Yes.
19 Q        Okay. Was Paige born in Gadsden?
20 A        Yes.
21 Q        And grew up there?
22 A        Well, no. I'm sorry. She lived
23 there all of her life, but she was actually

1 born in Plant City, Florida, is what her
2 original birth certificate says.
3 Q        Okay. But you-all lived in
4 Gadsden all your life pretty much?
5 A        Yes.
6 Q        And most of her growing-up life
7 was in Gadsden?
8 A        Yes.
9 Q        And then, as I understand it, she
10 got married at some point. And who did she
11 marry?
12 A        Benjamin Mitchell.
13 Q        Okay. Do you remember when they
14 got married?
15 A        I do because it was her birthday.
16 Q        Okay.
17 A        April the 19th. The year was
18 2002.
19 Q        You mentioned that that was her
20 birthday, April 19th. I think I saw
21 something that said she was born April 19 of
22 1979; is that right?
23 A        Yes.

Veritext Legal Solutions
877-373-3660                                                        800.808.4958

1 Q        Okay.  And when she married
2 Benjamin Mitchell, where did they live?
3 A        When they got married, they lived
4 on Powers Loop Road -- well, no, they
5 didn't.  I'm sorry.  It was County Road 44.
6 Q        In the Moundville area?
7 A        Yes.
8 Q        How did she end up in Moundville?
9 A        They met at the beach at Panama
10 City, Florida, and -- she was down there
11 with a friend.  And then they communicated
12 back and forth and just hit it off.  And she
13 moved down here actually before they got
14 married, because she talked to me about it.
15 And she was a hairdresser, so she had to get
16 a job and things like that.
17 Q        Was her husband Benjamin
18 originally from the Moundville area?
19 A        Yes.
20 Q        Okay.  And so she moved down here
21 just before they got married, and then got
22 married and stayed here?
23 A        Yes.

1 Q        I say "here."  We're in
2 Tuscaloosa right now.  But in the Moundville
3 area once she got married to him?
4 A        Yes.
5 Q        All right.  And how many children
6 did they have?
7 A        Two.
8 Q        And those were Kaci and Kayla
9 Mitchell; is that right?
10 A        Yes.
11 Q        Okay.  And I saw somewhere or
12 heard that Benjamin passed away at some
13 point, maybe from a motor vehicle accident?
14 A        Yes.
15 Q        Tell me about that.
16 A        The kids were two and six.  He
17 worked for Mercedes.  And he was off that
18 weekend, and he was to go in to work the
19 next day.  And he was at home, and a friend
20 came by that lived down the street with his
21 brother's motorcycle.  And the friend's
22 brother was in the service and he was
23 visiting.  And Ben loved stuff like that and

1 knew how to drive them, and so he drove it.
2 And something happened on County Road 44.
3 Q        And so he was operating the
4 motorcycle when some kind of accident
5 happened?
6 A        Yes.  He was on the street that
7 they live on, and he went down the road and
8 didn't come back.
9 Q        Do you remember what year that
10 was?
11 A        2000 -- let's see.  Wait a
12 minute.
13        Well --
14        MR. MCCULLEY:  If you're not
15 sure, it's okay to say so.
16 A        Well, I could count it up.  But
17 Kayla was born in 2006, and Kaci was born in
18 2002.  No, wait a minute.  2002, yeah, and
19 2006.  And Kayla was two years old.  So that
20 would be 2008.
21 Q        Okay.  After he passed away, what
22 did Paige do?  She and the girls, did they
23 stay in the Moundville area?

1 A        They stayed right where they
2 were.  They were on the Mitchell property.
3 And she didn't want to disrupt their life
4 and stayed there.  She thought it was best
5 for them.
6 Q        As I understand it, when this
7 incident happened -- when I say "this
8 incident," when Brad Gray killed Paige and
9 Kaci -- she was living in kind of downtown
10 Moundville?
11 A        Yes.  She had been there -- she
12 moved from the place that they had lived.
13 She sold it and bought a house on Market
14 Street.
15 Q        How long had she had that house
16 on Market Street?
17 A        I helped her move, so -- it was a
18 little over a year.
19 Q        Okay.  Before the incident we're
20 talking about or was it longer?
21 A        Well, wait a minute.  I don't
22 know.  I think she'd been in the house a
23 little over a year.

1 Q    And what was her reason for
2 moving from the County Road 44 location to
3 the 154 Market Street location?
4 A    She had a really large yard
5 there, and it was just a lot of upkeep. And
6 I think she wanted -- it was a double-wide
7 trailer, but they had it fixed really nice
8 and it was -- but it was a lot for her in
9 upkeep. So she wanted a smaller yard, and
10 she had decided that that was a good safe
11 area she thought.
12 Q    I guess at some point after her
13 husband Ben passed away, she started dating
14 Brad Gray; is that correct?
15 A    I don't know the time line, but I
16 had met him when I went down there when they
17 lived on County Road 44. And their common
18 bond was -- and it's an ironic thing, but
19 they both had lost spouses in accidents on
20 that road.
21 Q    On the same road?
22 A    On the same road.
23 Q    Do you know how they met?

1 A    I don't.
2 Q    Tell me just generally what you
3 know about their relationship. That's maybe
4 too broad of a question, but --
5 A    Yeah. She was down there with no
6 family. And we wanted her to move back, but
7 she did not want to leave that area for
8 several reasons. And she enjoyed it. But
9 she had a lot of fond memories, and he was
10 buried there and his -- a lot of his family
11 lived there and the other grandparents.
12    So she had two times tried to get
13 another house close to me, but this was when
14 Kaci was probably 11, and it just didn't
15 work out. But then Kaci was older, and when
16 she mentioned moving back to Gadsden, Kaci
17 didn't want to move because she was about to
18 be in junior high school. So Paige decided
19 to stay there. She said it was not meant to
20 be because she had tried two times. And the
21 first time the woman decided not to sell her
22 house, and Paige was ready to buy it. And
23 then the second time, there was a big to-do

1 with Wachovia. They had messed up her
2 paperwork. And it actually had been
3 inspected and -- the house that she was
4 looking at. But she just couldn't get the
5 paperwork straightened out. And she really
6 had -- and you can talk to the real estate
7 agent about it. Wachovia had -- I don't
8 know exactly what they did, but some people
9 didn't do their job, and it affected her
10 getting the house. So it fell through, and
11 she said it just wasn't meant to be.
12    So she waited for a while and
13 then looked for a house there. She wanted
14 to invest in a house because she thought it
15 was safer and a better investment.
16 Q    I guess I'm just right now
17 looking for more of what your knowledge is
18 of what relationship she had with Brad Gray.
19 Let me try to ask a better question maybe.
20    Do you remember when they first
21 started seeing each other?
22 A    I do but I don't remember the
23 date. I really don't. And --

1 Q    Do you remember a year?
2 A    I don't remember a year, because
3 I -- I mean, we went back and forth a lot.
4 The kids were small, and so we went back and
5 forth a lot.
6 Q    I guess I'm just wondering if she
7 had been --
8 A    The only way I would remember is
9 if I tried to think about how old the kids
10 were. And I have no idea really.
11 Q    Well, you mentioned that her
12 husband Ben passed away in I think 2008, and
13 this incident we're talking about today was
14 in 2017. And so I didn't know if she and
15 Brad were seeing each other for ten years,
16 for two years. I'm trying to --
17 A    It was a long time, I'll put it
18 that way. I really -- I don't have an idea.
19 I really don't. But I will say this: He
20 went to rehab for the drinking --
21 Q    Brad?
22 A    -- at some time. And she was his
23 sponsor because his family had given up on

1 trying to help him. Or I don't know all the
2 background. She told me a lot of stuff.
3        But she did come to my house when
4 she visited him, and I don't know when that
5 was. I would have to -- if somebody's life
6 depended on it, I could maybe go back and
7 look, but I have no idea what year that was.
8 There's nothing in my mind that would make
9 me remember.
10 Q        Would it be --
11 A        But they were friends off and on
12 for a long time.
13 Q        Okay. And would it be fair to
14 say for more than five years?
15 A        Yeah. Well, let me think. Yeah.
16 It would be -- but I don't know how much
17 over that.
18 Q        But you can't give an exact?
19 A        Huh-uh.
20 Q        That's fair.
21        Let me ask this. Did Paige ever
22 remarry at any point?
23 A        No. She never -- she dated Brad,

1 and like I said, it was an off-and-on
2 relationship because she -- because of his
3 behavior. There were times when she didn't
4 talk to him. But she told me that --
5 because we asked her, and there were
6 times -- a long time when she did not see
7 him. And that was probably two years before
8 this happened. I know two -- like about two
9 years before this happened, she was not
10 seeing him.
11        But she said she kept running
12 into him and seeing him at different places
13 because he lived about a mile down the road.
14 And she said that it was kind of odd that
15 they would just run into each other, but
16 it's a small town. And I said, well, maybe
17 you just need to be his friend and that's
18 all. You know, because she was a
19 hairdresser, and he was a smart guy. I
20 mean, he really had some issues, but he was
21 kind of a jack-of-all-trades I guess you
22 would say.
23 Q        When you would come down to

1 visit, would you spend time around her and
2 also see him from time to time?
3 A        Yeah. He -- Brad helped her
4 move. We all helped her move into the
5 house.
6 Q        Into the Market Street house?
7 A        Uh-huh. And there were other
8 people that helped her move.
9 Q        Do you know if, in that two-year
10 time frame before this incident happened
11 that they maybe weren't seeing each other as
12 regular, were they still seeing each other
13 some off and on during that time?
14 A        No.
15 Q        So she would just -- she wasn't
16 dating him, but she would see him around
17 town is your understanding?
18 A        At that point.
19 Q        Yes.
20 A        But then I think -- you know,
21 after that, I'm not going to say because I
22 really don't know, but -- I don't know.
23 Because I didn't see him.

1        But I will say this. One day I
2 was coming, and she knew I was coming but I
3 was late. And she was working, and she
4 called Brad to go and make sure the kids
5 were at home. And so he lived down the
6 road. He also -- he lived down the road,
7 and he worked down the road. So she was
8 afraid the kids would be at the house on
9 Market Street by their self, so she called
10 Brad to go by there. And we were all -- we
11 all ended up there at the same time. But
12 that was probably a year -- probably that
13 summer at some point. So I know she talked
14 to him, but I don't remember how much.
15 Q        So you're thinking that would
16 have been the summer of 2016 maybe?
17 A        Yeah.
18 Q        Okay. How often would you come
19 down here to visit with her?
20 A        She came to my house more often
21 than I came down here, but we had -- my
22 husband and I came here for Kaci's birthday
23 December the 17th. And then she was killed

1 the next -- well, no, we saw each other --
2 then she came to my house at New Year's.
3 And she spent Christmas here in Moundville.
4 And so the last time I saw her was the 1st
5 of January.
6 Q      Of 2017?
7 A      Uh-huh.  And we were supposed to
8 see each other like the first of February,
9 sometime in that area, but it didn't work
10 out.  So my niece was supposed to come the
11 weekend before she got killed.
12 Q      And who is your niece?
13 A      Tiffany Parnell.
14 Q      Does she live in Gadsden?
15 A      She did.  She lives in Fort Payne
16 now.
17 Q      Okay.  When Paige would come up
18 to visit y'all in Gadsden, would she ever
19 bring Brad with her?
20 A      He came one time.
21 Q      Just once?
22 A      Uh-huh.
23 Q      Is that a yes?

1 A      Yes.
2 Q      I'll remind you every now and
3 then.
4 A      He came one time.
5 Q      On the times that you did see
6 Brad Gray and you were around him, did you
7 ever see him do anything to Kaci, make any
8 threats to her or harm her?
9 A      No.  No.  I never saw anything
10 like that, but I was told some things by
11 Paige.
12 Q      When did she tell you some of
13 those things?
14 A      Well, it's on record with the
15 police department that before she moved, he
16 had hit her.  And she had to go to the
17 dentist, and she was afraid she was going to
18 lose a tooth.
19 Q      Do you remember when that was?
20 A      No, I don't.
21 Q      Approximately?
22 A      But it should be -- she was
23 supposed to go and testify, but she never

1 went.  The police know about it because they
2 talked to me about it.  But I don't remember
3 the dates.
4 Q      And you said that was because
5 Brad hit her?
6 A      He didn't hit her with his hand,
7 but he hit her with something.  I don't
8 remember now what it was.
9 Q      And do you think there was some
10 sort of police report or complaint --
11 A      I know there was.
12 Q      -- that Paige --
13 A      I know there was.
14 Q      -- made against him?
15 A      Uh-huh.
16 Q      Have you never seen that report?
17 A      No.  Well, in some of her things
18 when we were cleaning the house out, I did
19 see where there was a piece of paper about
20 it.  But the police I think said that she
21 never -- and she talked to me about it, but
22 like I said, I don't remember the dates.
23 But she never followed through with it.

1 Q      There was an incident that
2 occurred on July 9th, 2015, I believe, where
3 Paige went over to Brad's house to get her
4 car.
5 A      Well, that was a different thing.
6 Q      Well, what I was going to ask is,
7 this thing where he hit her with something
8 and she had to go to the dentist, was that
9 incident before the July 9, 2015 situation?
10 A      I don't know.  I really -- I
11 think it was after.
12 Q      Which one was when?
13 A      The incident at her house I think
14 was after the thing at his house.  But I'm
15 not sure.
16 Q      When you say the incident at her
17 house, that would have been where she ended
18 up having to go to the dentist?
19 A      Yeah.
20 Q      But you can't say for sure right
21 here?
22 A      No.
23 Q      And the piece of paper you said

1 you found at her house, do you remember what
2 that was?
3 A        I think it was the piece of paper
4 telling her when the court date was, but --
5 and it may be even in some of her stuff that
6 I have.
7 Q        And based on what you said, it
8 sounds like that Paige didn't follow up on
9 that incident with the -- when he hit her at
10 her house so that maybe it got dismissed or
11 something?
12 A        Uh-huh.
13 Q        Is that right?
14 A        That's what I think.  Because he
15 had been in trouble, and she really was
16 afraid he would lose his job or something.
17 He had had his -- from what I understand, he
18 had had his license pulled or -- he had had
19 a lot of problems, and she was trying to
20 weigh out what to do.  And so she did not
21 follow through because of -- you know, she
22 just didn't.  I don't know.
23 Q        And when you say he had a lot of

1 problems, was it an alcohol problem he
2 apparently had?
3 A        Anger, alcohol, driving without a
4 license.  That's all I know of.
5 Q        Do you know if his substance
6 issues were just alcohol or if he had some
7 kind of drug issue as well?
8 A        I don't.  But I -- I was told he
9 took Adderall, but I really don't know.  I
10 think it's a possibility.  And I can't even
11 tell you who told me that.
12 Q        But other than that, you didn't
13 have any --
14 A        I don't know of any other drugs.
15 And I really have no idea, and I haven't
16 heard anybody say.
17 Q        Other than the incident where
18 Paige ended up having to go to the dentist
19 with the deal with Brad, and the one we
20 talked about where she went to get her car
21 in July of 2015, do you know of any other
22 incidents where Brad either hurt her or
23 threatened to hurt her?

1 A        Yeah.
2 Q        Tell me about that.
3 A        This is what Marjean said.
4 Q        Who is Marjean?
5 A        The other grandmother.
6 Q        What's her last name?
7 A        Childree.  She asked me if I knew
8 about it and I said no.  And so Paige had
9 called me several times before she got
10 killed, like three times over a few days,
11 but I was busy painting to get ready for
12 them to come to our house, and I just kept
13 missing her.  And she talked to her dad.
14        And looking back on it now, I
15 think she wanted to talk to me, but she
16 really did not want to bother me.  And
17 that's how she was.  She didn't -- like she
18 would -- I don't know why, but she didn't
19 ask to speak to me.  And I wish she had.
20        But anyway, she talked to her dad
21 and -- but dad -- Danny didn't like Brad and
22 she knew it.  So if she had a problem with
23 him, she would not have mentioned it to

1 Danny.  And so that lines up with what
2 Marjean was saying, that he had come by
3 their house on -- she said Saturday night.
4 And she asked me if I knew about it, and I
5 said no.  And she said that he picked up
6 like an exercise, muscle -- some kind of
7 working-out thing, and hit her in the head,
8 and she filed a report.
9 Q        Do you remember when that would
10 have been?
11 A        It was the Saturday before she
12 got killed on Thursday.
13 Q        And you think there was some sort
14 of report filed with the police department?
15 A        Yes.  I was told there was.
16 Q        Have you seen any documentation
17 of that?
18 A        No.  No.  But like I said, my
19 husband talked to the police really more
20 than I did.  I was working.  My husband was
21 retired, and so he took care of a lot of
22 that.  And he had almost a degree in
23 criminal justice.  So he took care of all

8 (Pages 26 - 29)

1 that.
2 Q      Your husband did?
3 A      Uh-huh.
4 Q      Is that a yes?
5 A      Yes.
6 Q      Any other incidents that you know
7 of where Brad threatened her or harmed --
8 A      I was not told, but --
9 Q      -- Paige?
10 A     No.  That I know of.  But I've
11 been told there was.  But she would not tell
12 me because she did not want to worry me.
13 Q     Who else would have told you
14 about anything like that?
15 A     Her friends.
16 Q     Do you remember who may have --
17 which friends may have said anything?
18 A     She had two friends that she --
19 from Gadsden that knew about it.
20 Q     And who were they?
21 A     Crystal Honeycutt was one, and
22 Elisa -- and I can't think of her married
23 name, but it's on my -- it's probably on

1 this phone that he has locked up.  That's
2 Paige's phone.
3 Q      But these were friends that lived
4 still in Gadsden?
5 A      Uh-huh.
6 Q      Is that a yes?
7 A      Yes.
8 Q      But these were people she would
9 still talk to?
10 A     Yes.
11 Q     Okay.  Did these friends from
12 Gadsden ever come down here to Moundville
13 and witness anything like that?
14 A     With Brad?
15 Q     Right.
16 A     To my knowledge -- they have not
17 mentioned it to me if they did.
18 Q     Okay.  And as we sit here today,
19 whether you've heard it from somebody else
20 or witnessed it yourself, any other events
21 you can think of leading up to, you know,
22 January 25th, 2017, where Brad --
23 A     No.

1 Q      -- had some incident with Paige?
2 A      No.
3 Q      Did Brad ever do anything to harm
4 or threaten the children, Kayla or Kaci?
5 A      No.  Because I asked.
6 Q      All right.  I looked this up
7 earlier just so we could establish the date
8 of birth.  Also we've talked about Paige's,
9 but Kaci's date of birth looked like was
10 December 17 of 2002.  Does that sound right?
11 A     Yes.
12 Q     And then Kayla was the younger
13 sister.
14 A     Yes.
15 Q     And you said she was born in
16 2006?
17 A     December the 1st.
18 Q     Where is Kayla now?
19 A     With Marjean and Keenan Childree
20 on Powers Loop Road.  Which Paige and Ben
21 had lived there for a few years before
22 they -- let's see, after -- she -- they
23 lived in his grandfather's house when they

1 first got married, and then they bought a
2 trailer and lived in Marjean's yard for a
3 few years.  And Kayla was brought home to
4 that trailer.  So that would be in 2002 that
5 they lived there.  And for how long, I
6 really don't remember.
7 Q      So Marjean Childree --
8 A      Probably --
9 Q      -- and Keenan Childree, were
10 those Ben's parents?
11 A     It was Ben's mother and
12 stepfather.
13 Q     Okay.  I was going to ask because
14 the name was different.  I was wondering.
15 A     Uh-huh.
16 Q     But both of them are still alive?
17 A     Yes.
18 Q     Okay.  And they live here still
19 in that same location?
20 A     Yes.  The same house, which is
21 the Perry home place.  It's been there for a
22 long time.  It's on their farm, the Perry
23 farm.

1 Q      And did Keenan and Marjean
2 Childree tell you anything else that they
3 observed about Brad Gray leading up to all
4 this?
5 A      Yes, but I really -- you'd have
6 to talk to them, because it's a lot of
7 stuff.
8 Q      They were living here, so they
9 may have seen more than you?
10 A      Keenan was called to help Paige
11 sometimes with whatever.  And so yes, they
12 know.
13      (Defendant's Exhibit Number
14          1 was marked
15          for identification.)
16 Q      Let me show you what I've marked
17 as Exhibit 1, which is just a copy of the
18 statement of claim that was made.  Have you
19 seen that before?
20 A      I have not seen this before that
21 I can remember, this exact piece of paper.
22 I mean, I don't --
23 Q      That's fine if you hadn't.  I

1 think it was your husband who signed it.
2 A      He told me -- I mean, he talked
3 about this stuff.  So that's his signature.
4 Q      That's your husband's signature?
5 A      Uh-huh.
6 Q      Is that a yes?
7 A      Yes, it is.  So July 25th, 2017.
8 Q      Is that the date he signed it?
9 A      Uh-huh.
10 Q      Yes?
11 A      Yes.  Well -- yes.
12 Q      And you may not know this, but in
13 Alabama generally you have to -- before you
14 sue a municipality, you have to make a
15 statement of claim like this and submit it
16 to them.  But it sounds like you weren't
17 really involved in this part of it, that
18 your husband handled that.  Would that be
19 fair to say?
20 A      Ask me that again.
21 Q      Sure.  Did you have anything to
22 do with putting together this statement of
23 claim we've marked as Exhibit 1?

1 A      Let me read this again.  So this
2 is actually -- (witness reviewing document.)
3      He -- he told me -- we have a
4 very good communication.  I'm sure he told
5 me, but I don't remember that exactly.
6 But -- I mean, I don't know what to say.
7 Q      You mentioned that it's got his
8 signature on there.
9 A      Yes.
10 Q      And it shows it was signed on
11 July 25, 2017.  Do you know when this
12 document, Exhibit 1, was actually sent to
13 the City of Moundville?
14 A      No.  I knew you were going to ask
15 that.
16 Q      And that's fine.  If you don't
17 know, you can just tell me you don't know.
18 A      I don't know.
19 Q      Okay.  And some of the things I'm
20 asking you about are just so we can kind of
21 get the dates that some of these things
22 happened.
23 A      Uh-huh.

1 Q      In looking at the estate, it
2 looks like your husband was initially the
3 personal representative of the estate
4 appointed by the Hale County probate court;
5 is that correct?
6 A      Yes.
7 Q      And it looks like -- let's see.
8 It looks like the will was submitted to that
9 probate court in Hale County on April 11,
10 2017.  I don't see exactly when your husband
11 was appointed as personal representative,
12 but I assume it was right around that time
13 frame.  Does that sound about right?
14 A      Yes.
15 Q      Okay.  And then he passed away --
16 was it in March of 2017 or 2018?
17 A      2018.
18 Q      Oh, wait.  Here it is.
19 March 27, 2018.  That's right.
20 A      Yes.
21 Q      And so then you were appointed as
22 the successor personal representative.  And
23 is that for the estates of Paige Mitchell

1 and Kaci Mitchell?
2 A        Yes.
3 Q        And it looks like, based on the
4 date of that document, that that was -- and
5 I can show it to you if you want to see it,
6 but it was around January 25 of 2019.
7 A        That I was appointed --
8 Q        That you were appointed.
9 A        Yes.
10 Q        Okay.  I just wanted to get those
11 dates down so we had that as a reference.
12         I know this is probably not
13 something you necessarily want to talk about
14 or not easy to talk about, but we do have to
15 talk about this whole situation.  And so I
16 do want to get into the incident that
17 occurred January 25th of 2017.
18         But before that I guess, I want
19 to talk a little bit about that incident
20 that I was aware of in July of 2015 where
21 Paige went over to I guess get her car.  And
22 the date I got from the documents that that
23 happened was July 9, 2015.

1         Tell me what you know about that
2 incident.
3 A        She called us and talked to her
4 daddy.  And she was upset.  And he told her
5 some things that she should do and not do.
6 And I overheard the conversation.  It was in
7 the afternoon.  And her daddy just told her
8 that she needed to call the police.
9 Q        Do you know if that conversation
10 she had with your husband was before or
11 after the incident with Brad on July 9th?
12 A        I have no idea.  The July 9th
13 incident is which incident?
14 Q        Well, my understanding from what
15 I've seen on that is that she went over to
16 his house to get her car.
17 A        That's right.
18 Q        And --
19 A        And it was parked there.  And
20 that I know.
21 Q        What -- and I guess that's what
22 I'm trying to learn is what else you know
23 about what happened that night when she went

1 to get her car.
2 A        It was during the afternoon, from
3 what I understand.
4 Q        Okay.
5 A        I really don't remember the time,
6 but I'm thinking it was the afternoon.  And
7 he wasn't going to let her have it.
8 Q        The police report indicates it
9 was 11:40 at night.  It says P.M.
10 A        Oh, was it?  Okay.  Well, she
11 called.  I don't remember.
12 Q        So --
13 A        It was at night?  Okay.
14 Q        That's what the police report
15 indicated.
16 A        I was thinking it was the
17 afternoon.
18 Q        So I didn't know if maybe she had
19 called the next day and was talking to y'all
20 about it.
21 A        She was really upset, and I just
22 know that she called.  And like I said, I
23 had to work, so a lot of times she would

1 talk to her daddy because he was just really
2 better at giving advice legally than me.
3 Because I have no clue what would be
4 sometimes the best thing in those
5 circumstances.
6 Q        Do you know why her car was over
7 at Brad's and why she was having to go get
8 it that night?
9 A        I don't.
10 Q        And do you know what actually
11 occurred in that incident?
12 A        No.
13 Q        Okay.  But something occurred, at
14 least you know that, that she talked to your
15 husband about and she was upset about it?
16 A        Yes.
17 Q        Did you know she filed a police
18 report or a complaint against him related to
19 that July 9th incident?
20 A        Yes.
21 Q        Okay.  Did you talk to her after
22 that about anything related to that
23 incident, whether she got her car back or

1 about going to court or anything like that?
2 A      No.  Her daddy took care of all
3 that.
4 Q      Did he relay anything to you that
5 she told him?
6 A      I'm sure he did, but I don't
7 remember any specific thing.
8 Q      That's fair.
9 A      Yes.  We would discuss that.
10 That would be a big thing because -- because
11 of she's down here by herself, you know, and
12 she's got two kids, and that was her car.
13 So yes, that would be a very big thing to
14 discuss.  But like I said, Danny didn't like
15 him, and so he told her what to do.
16 Q      Were you aware that on that
17 July 9, 2015 incident the police in
18 Moundville who had responded out there took
19 a gun at some point from Brad or from his
20 house that night?
21 A      I don't know when they got the
22 gun.  I just know that they -- my husband
23 talked to several people with the police

1 department after her death, and one of them
2 called our house to tell us about the
3 incident that the gun had been returned to
4 Brad.  Now, when they took it, I did not
5 know.  I don't remember that.  But they
6 called us to let us know that that was the
7 gun that they were killed with.  And the
8 reason they called was that they were afraid
9 that it was going to come out in the
10 newspaper, and they wanted to tell us first.
11 Q      Do you remember who called to
12 tell you?
13 A      No, I don't.  My husband took
14 notes, and he has like those yellow pads,
15 lots of notes.  And he wrote it down and
16 they're stored away.
17 Q      But you still have those?
18 A      I have those.  But I don't have
19 them memorized, and anything I need to know,
20 I can go back and look at those note pads.
21 Q      When was the last time you looked
22 at them?
23 A      About maybe two years ago.

1 Q      Did you personally talk to
2 anybody from Moundville at that point about
3 the gun or the incident or anything, or was
4 it just your husband?
5 A      My husband.  But he wrote
6 everything down.  This was just his hobby.
7 He liked it.  He was retired where he was
8 the secretary-treasury of the union hall,
9 and that's how he kept up with things.  And
10 I have them from years ago.
11 Q      What did he do for a living
12 before he retired?
13 A      He was the secretary-treasurer of
14 the Local 2176 union, steel worker union in
15 Gadsden.
16 Q      That was before he retired?
17 A      Well, before the steel plant
18 closed down.  He actually was one of the
19 last people left in that office.  He closed
20 the office down when the steel plant closed.
21 And that was in 2002.
22 Q      As we sit --
23 A      I mean the year 2000.

1 Q      Okay.  As we sit here today, have
2 you personally had any conversations with
3 anybody from the City of Moundville --
4 A      No.
5 Q      -- or its police department?
6 A      No.
7 Q      About any of this?
8 A      If you're saying not ever, I have
9 called about something, and they never
10 called me back.  I don't remember now what
11 it was.  But about that incident or a
12 specific incident, no.  I needed some --
13 some kind of documentation, and they never
14 called me back.  So I have not spoke to any
15 of the -- the police department and
16 detectives and stuff came to Marjean's house
17 the night after or that -- let's see.  I
18 think that Thursday night after Paige had
19 died, they came to Marjean's house and told
20 us a lot of information.
21 Q      Before the night that this
22 happened in January where Brad went to -- I
23 guess Brad went to Paige's house, and he

1 shot page and Kaci --
2 A     Uh-huh.
3 Q     Before that night, had you or
4 your husband gotten any kind of warning or
5 indication that Brad was going to
6 potentially do something like that?
7 A     No.
8 Q     Do you know if anybody had any
9 clue he was going to do something like that?
10 A     Not like that.  No.  There were
11 some people that were not surprised and --
12 but no.
13 Q     Let me just go through a couple
14 of these documents too.  Again, part of this
15 is just getting some dates.
16     Going back to that July 9, 2015
17 incident, you understand that Brad was
18 arrested because of that confrontation he
19 had with Paige, correct?  Is that right?
20 A     Yes.
21 Q     And he ended up having to go to
22 court.  Were you aware of the outcome of
23 that?

1 A     No.  I'm sure Danny knew, but I
2 don't remember.
3 Q     I'm going to mark as Exhibit 2 --
4 this is an order from the court related to
5 that case, and it shows that Brad initially
6 pled not guilty, and then it set a trial
7 date for September 8, 2015.  Do you see
8 that?
9     (Defendant's Exhibit Number
10         2 was marked
11     for identification.)
12 A     Yes.
13 Q     Were you involved at all in that
14 court date or --
15 A     No.
16 Q     Do you know if Paige showed up
17 the day of that court date in court?
18 A     I don't know.
19     (Defendant's Exhibit Number
20         3 was marked
21     for identification.)
22 Q     Okay.  Let me show you Exhibit 3.
23 This is another one of those court

1 documents.  That's the plea agreement that
2 Brad Gray entered into, looks like on
3 September 8, 2015, where he actually pled
4 guilty.  Do you see that?
5 A     I see it.
6 Q     Were you aware that he had pled
7 guilty to that charge?
8 A     No.
9 Q     When I say "that charge," he was
10 charged with domestic violence third,
11 harassment, from that July 9 incident.  Were
12 you aware of that?
13 A     No.  I was not aware of that.
14     (Defendant's Exhibit Number
15         4 was marked
16     for identification.)
17 Q     And then Exhibit 4 is just
18 another part of that same plea situation.  I
19 don't know -- if you haven't seen it, you
20 can tell me you haven't seen that before.
21 A     I haven't.  I haven't seen it.
22 Q     And that I think is just another
23 document from the court setting out some of

1 the terms after he pled guilty to that.
2 A     Uh-huh.
3 Q     Were you aware that Brad, as a
4 result of that July 2015 incident, had to,
5 as part of his sentencing, attend some anger
6 management classes?
7 A     Yes.  I did know that.
8 Q     You did know that?
9     There's three documents here I
10 think that relate to that.  Do you know if
11 he had ever been to some kind of anger
12 management before this?
13 A     I have no idea.
14 Q     I just knew you had mentioned
15 something earlier about him having to go to
16 anger management, so I didn't know if there
17 was another situation where you were aware
18 of.
19 A     I don't know.
20 Q     So it could be this one that you
21 were referring to?
22 A     Uh-huh.
23 Q     Is that a yes?

Veritext Legal Solutions
877-373-3660                                      800.808.4958

1  A    That is a yes.
2  Q    I'm sorry.
3      (Defendant's Exhibit Number
4        5 was marked
5      for identification.)
6  Q    Okay. I'll show you these three
7  documents just kind of in order. Does that
8  appear to be, Exhibit 5, one of those
9  documents where the Court was referring him
10 to the court referral program for anger
11 management?
12 A    It doesn't say anger management,
13 does it?
14 Q    Let me see. Doesn't say anger
15 management. Just says, This is to certify
16 that the defendant below has successfully
17 completed all of the requirements of the
18 court referral officer on March 18, 2016.
19     Do you see that part at the top?
20 A    I do.
21 Q    Okay.
22 A    I saw that.
23 Q    Let me show you Exhibit 6 then.

1  That is a little more specific I think.
2      (Defendant's Exhibit Number
3        6 was marked
4      for identification.)
5  Q    Does Exhibit 6 actually set out
6  and confirm that he attended all 12 sessions
7  of the anger management program?
8  A    Yes.
9  Q    Okay.
10     (Defendant's Exhibit Number
11       7 was marked
12     for identification.)
13 Q    And then finally Exhibit 7, this
14 is another one of the court documents where
15 it looks like the Court is acknowledging
16 getting receipt of that information, about
17 the anger management completion; is that
18 correct?
19 A    Yes.
20 Q    Okay. Thank you.
21     All right. At the time Paige and
22 Kaci were killed, do you know what time of
23 day or night that occurred?

1  A    No one knows.
2  Q    And you and your husband were
3  called by some detectives or somebody I
4  think you said? How did you find out?
5  A    Perry Childree called, which is
6  Marjean and Keenan's daughter.
7  Q    Okay.
8  A    She is the aunt to the kids.
9  Q    And she is the one who let y'all
10 know?
11 A    Yes.
12 Q    And again, I hate to have to ask
13 this, but if you can just tell me what you
14 know about what occurred that night, you
15 know, that you've learned what happened.
16 A    Let's see. Okay. I know that --
17 I'm just trying to back up.
18 Q    And let me say this, I guess to
19 preface that. I'm just wondering, I guess,
20 what information you have about what led up
21 to that, if there was any kind of
22 confrontation with Brad and Paige that day
23 that ended up with this occurring later --

1  A    No.
2  Q    -- or anything like that?
3  A    No. I will tell you what
4  happened. Two friends of hers that were
5  dating were fussing. And Rickey is the guy,
6  and the girl was her friend that lived
7  across the street from her when she lived on
8  County Road 44. And the girlfriend,
9  neighbor, called her over and over. They
10 talked several times. And Paige talked to
11 her, and they were talking about Rickey.
12 And so she was friends with both of them,
13 and she went -- after the kids were asleep,
14 she went to Rickey's house to talk to him.
15 Q    Paige did?
16 A    Paige went to his house. And for
17 some reason, Brad was there. And she did
18 not know he was going to be there, and she
19 didn't like the fact that he was there. And
20 she felt like that it was a setup or -- she
21 was not sure. But she had a conversation
22 with her girlfriend -- and I can't think of
23 her name. That she told her that -- and I

1 think it was on a text, that she had a lot
2 to say to Brad whenever she was going to
3 talk to him, but she did not know she was
4 going to talk to him that night. But he was
5 there. And on the text, they apparently had
6 left on good terms, but he was drinking,
7 Rickey was drinking, and that was -- she
8 wasn't real crazy about that.
9 Q      Was Michelle Kramer the name of
10 the --
11 A      Michelle. Uh-huh.
12 Q      Okay. And so Michelle had been
13 talking to Paige because Michelle was having
14 issues with Rickey --
15 A      Rickey.
16 Q      -- Dalton --
17 A      Yes.
18 Q      -- that night or that day.
19 And --
20 A      Yes.
21 Q      And then at some point, sounds
22 like that evening when the girls had gone to
23 bed, Paige went over to Rickey's house to

1 try and help the situation.
2 A      Yes.
3 Q      And Brad was there.
4 A      Yes.
5 Q      And Paige, it sounds like,
6 thought maybe they had kind of set it up so
7 that she would come over knowing Brad was
8 there?
9 A      I don't think she thought
10 Michelle did. I think she thought Rickey --
11 but Rickey might have. But like I said,
12 there was -- Rickey and Brad had both been
13 drinking, so they -- we don't know how that
14 came about.
15 Q      But to your understanding, this
16 would have been the night of
17 January 25, 2017?
18 A      It would have been the 26th
19 because it was at 12:30 at night.
20 Q      Okay. So on into the next
21 morning?
22 A      It was the morning that she got
23 killed.

1 Q      Okay.
2 A      So what happened exactly after
3 that is speculation.
4 Q      Where did you get that
5 information?
6 A      From the phone.
7 Q      From Paige's phone?
8 A      Yes.
9 Q      Was that from text messages?
10 A      Yes. And what Michelle -- I've
11 talked to her friends. They tell -- you
12 know -- you know, it's -- it's information
13 that I know.
14 Q      What else did you learn from
15 Paige's phone about that day and night of
16 July -- I mean January 25, 26 of 2017?
17 A      That she was not happy with
18 Brad's behavior, period, and she -- from
19 what was -- let's see. She was ready -- I
20 won't say that I -- I don't know what to
21 say. She was not happy with some things
22 that Brad had told her friend. For sure,
23 she was not happy.

1 Q      Which friend was that?
2 A      I don't remember her name.
3 Q      But she wasn't happy because Brad
4 had said something to someone?
5 A      One of her best friends. Not
6 these two girls from Gadsden but from
7 somebody in Moundville.
8 Q      During this time, was Brad trying
9 to get back together with Paige? Do you
10 know?
11 A      I think he was obsessed with her,
12 because I have a recording on her porch on
13 the phone where she was talking to him about
14 stalking her.
15 Q      Is that recording on her phone?
16 A      Yes.
17 Q      And it was a recording she made
18 while she was talking to Brad?
19 A      Yes.
20 Q      Do you remember when that
21 recording was made?
22 A      No. I don't have that memorized,
23 but it's on the phone.

1 Q        Are there any other recordings
2 that you know of?
3 A        Not like that.
4 Q        But are there any other
5 recordings that you know of?
6 A        Not -- no.
7 Q        Do you remember the context of
8 the recording in terms of what was said
9 between Brad and Paige on that recording?
10 A        She said -- it was on her front
11 porch.  And like I said, I don't remember
12 the time, but it was at night.  And the
13 lights were on the porch, and she -- you can
14 see that she was talking to him.
15 Q        So this is a video recording?
16 A        A video recording.
17 Q        So she wasn't talking to him on
18 the phone?
19 A        No.
20 Q        She was standing on her porch
21 talking to him?
22 A        It is a video recording.  And she
23 said, I think I saw your car parked or --

1 something.  His vehicle.  I think it was a
2 truck.  And she said, What do you think
3 about that or what do you say about that.
4 She was just confronting him.  But it was
5 not -- they were just talking, and it was
6 not -- nobody was upset.  It was a
7 conversation.
8 Q        It wasn't a situation where
9 threats were being made --
10 A        No.
11 Q        -- or anything like that?  Okay.
12 A        But she knew that he was.  And
13 she told me that he was.
14 Q        He was stalking her?
15 A        Stalking her.  Because on several
16 occasions, she had mentioned that he would
17 just show up.
18 Q        At her house?
19 A        Wherever she was.
20 Q        You mentioned she was a
21 hairdresser.  Did she have a location in
22 Moundville where she worked?  Or did she do
23 that out of her house for friends, or how

1 did that work?
2 A        She had a friend in downtown
3 Moundville that she had worked in her shop
4 doing the colors and the dying and stuff.
5 And she could ride her bicycle there.  But
6 right before -- I don't know how long before
7 she died, but she had quit working there.
8 Q        At some point prior?
9 A        Sometime.  Uh-huh.
10 Q        In the two years you said that
11 she had kind of broken up with Brad but
12 would sill see him around town, do you know
13 if she was dating anyone else?
14 A        She didn't date anybody.  She had
15 started talking to someone.  They would
16 talk -- text, whatever, and she was -- she
17 told me about it, and she told me his name
18 and I don't remember.  But she was going --
19 they were going to meet, and we talked about
20 the safety of it.  And this was in -- at
21 Thanksgiving, and she had asked me to keep
22 the kids.  But she didn't do that at that
23 time.  But she had met him at some point and

1 they had dated.
2          And the Tuesday before she was
3 killed, Marjean said that she went out to
4 eat as a friend with Ben's work buddy that
5 they carpooled together.  And he was only a
6 friend, and they had gone somewhere to eat
7 and Brad showed up.
8 Q        And so is it your assumption that
9 Brad was jealous --
10 A        Yes.
11 Q        -- because of that?
12 A        I think so.  But this guy had --
13 I mean, he -- he is really a -- I mean, he
14 was tore up when Ben died.  And he was -- he
15 would take Paige, the girls, and his
16 girlfriend to the river just to spend time
17 with them.  So this was a friend.  And Paige
18 didn't -- she was already interested in this
19 other guy.  So this was only a friend.
20          But she was moving on.  She was
21 ready to start dating, because it had
22 been -- you know, Ben had been dead for a
23 long time.  So I think, yeah, he was very

1 jealous.
2 Q      Do you remember the name of the
3 guy that she had just?
4 A      No.  I don't know.  I've already
5 said that.  I don't remember.  I'm not good
6 with names.
7 Q      That's okay.  Like I said, this
8 is --
9 A      It was something very common.
10 That's all I know.  It was not a Donald
11 Duck.  It was a Rickey or a -- something
12 very common.  And he lived out of town and I
13 don't know.
14 Q      But it sounds like this was
15 something fairly new, and it hadn't really
16 progressed very far at that point?
17 A      No.
18 Q      Is that right?
19 A      That's right.
20 Q      Okay.  There's an allegation in
21 this case in y'all's complaint that the gun
22 that Brad used to kill Paige and Kaci was
23 returned to him after his September 8, 2015

1 conviction.  Are you aware of that claim?
2 A      I don't know anything about that.
3 Q      Would that have been something
4 your husband would have had more information
5 about?
6 A      He would know more about that.
7 And he talked with the police department
8 about the gun many times.
9 Q      And unfortunately, you know, I've
10 got to ask you these questions since he's
11 not here to just find out what you know
12 about that.  And so I guess let me ask it
13 this way.
14      As we sit here today, do you have
15 any knowledge or information that would show
16 that that gun was given back to Brad after
17 his conviction in September of 2015?
18 A      No.  I don't know.  Like I said,
19 it's in those notes.  I'm sure he knew, but
20 I don't, the dates and all that.  I just
21 know that he felt like it should not have
22 been done and handled the way it was.
23 Q      When you say he, you mean your

1 husband?
2 A      My husband.
3 Q      All right.  Okay.  There's a
4 number of people that -- in lawsuits we send
5 out questions and get answers from both
6 sides.  There's a number of people
7 identified in some of these responses y'all
8 gave, and I just want to ask you about a few
9 of them.  We've already talked about a
10 number of them.
11      MR. MCCULLEY:  Is this a good
12 spot for a break?
13      MR. GAILLARD:  Sure.  If y'all
14 want to take a break, that's fine.
15       (Short recess.)
16 Q      (By Mr. Gaillard)  I think I was
17 mentioning I was going to ask you about some
18 of these folks that were identified in the
19 y'all's discovery responses, and we've
20 already talked about some of them.
21      You mentioned Rick Dalton, and we
22 talked a little bit about him.  Have you
23 talked with him at all about any of this?

1 A      No.  I -- the last time I saw him
2 was at the funeral home when Paige and Kaci
3 died.
4 Q      But did you get any information
5 from him --
6 A      None.
7 Q      -- about what occurred --
8 A      No.
9 Q      -- that evening?
10 A      No.
11 Q      And Michelle Kramer, have you
12 talked with her about any of this and what
13 occurred that evening?
14 A      Yes.
15 Q      Tell me a little more about that.
16 A      For one thing, the phone shows
17 that she called.  And I was told by someone,
18 and I can't remember who it was, that she
19 blew Paige phone -- Paige's phone up.  And
20 that Paige would not answer the phone
21 because she didn't want to talk to her.  And
22 it does show that she called many times,
23 Michelle.  So finally she did answer or text

1 or something. And I -- I don't know but I
2 think she said that she would talk to Rickey
3 or whatever.
4          So Michelle was just -- she told
5 me that Brad had come by her house. She
6 didn't know what time. She's a home health
7 nurse so she was in the bed. And hollered
8 outside her door, and she didn't go to the
9 door.
10 Q      When was that?
11 A      The night that Paige was killed
12 is what she was talking about.
13 Q      I guess I didn't quite follow
14 that. Who went to Brad's door and he
15 wouldn't answer?
16 A      Michelle said that she heard Brad
17 at Michelle's house.
18 Q      At Paige's house you mean?
19 A      Michelle's house.
20 Q      Okay.
21 A      Michelle was in the bed asleep,
22 because she's a home health nurse and she
23 had to work the next day. So this was that

1 Thursday morning, January the 26th. She
2 said she thought it was around 4:00 that
3 morning. And that he was yelling or
4 hollering her name or something, and she did
5 not get up. But she was not sure of the
6 time, and she had no idea about what
7 occurred. And that's all I know.
8 Q      So this is something that
9 Michelle told you?
10 A      Yes.
11 Q      And it sounds like if -- what she
12 was describing was that Brad maybe came to
13 her house early on the morning of the 26th,
14 maybe after the shooting, or do you know?
15 A      Don't have any idea. I wish I
16 knew, but it really doesn't matter. It's
17 irrelevant. It's just that we don't know.
18 Q      So it could have been before or
19 after I guess?
20 A      This is true.
21 Q      We don't know at this point?
22 A      We don't know.
23 Q      And Michelle didn't open the door

1 or talk to him?
2 A      No.
3 Q      And she didn't know where he went
4 after that I guess?
5 A      No. So this would be on County
6 Road 44.
7 Q      Did she say anything else about
8 Rickey and whether he had any more
9 information about what happened that
10 night --
11 A      She didn't say.
12 Q      -- with Brad? No?
13 A      Not to me.
14 Q      You mentioned in these responses
15 that Paige attended church at Moundville
16 Baptist Church here in Moundville?
17 A      Yes.
18 Q      Or in Moundville.
19 A      And went to the Wednesday night
20 service the night before with the girls.
21 Q      Yeah.
22 A      And that was per the preacher.
23 Q      And it says her cell phone -- her

1 cell telephone shows that she had contact
2 with Tiffany Parnell, Peggy Atchison, Jeremy
3 Johnson, Jeremy Stagg, and Casey
4 Roddenberry. Do you know all those folks?
5 A      Name the names again.
6 Q      Tiffany Parnell?
7 A      That's my niece.
8 Q      Okay. Peggy Atchison?
9 A      That was Ben's aunt.
10 Q      Jeremy Johnson?
11 A      Jeremy was -- I think he's the
12 one that was Ben's friend, Jeremy. There
13 were several Jeremies.
14 Q      Yeah. The next one is Jeremy
15 Stagg?
16 A      He, I think -- don't hold me to
17 it, but I think he was a friend -- she did
18 his -- she cut his hair. But she was
19 friends with his wife, because they came to
20 the funeral home. I think.
21 Q      And then the next name was Casey
22 Roddenberry.
23 A      I know the name Casey, but I

1 can't place her right now. I think she
2 might have been from the beauty salon. Or
3 it might have been a friend of the kids
4 mothers, something like that.
5 Q      And since this indicates that the
6 cell phone showed that she had contact with
7 those folks, would that either be the phone
8 showing a telephone call during that time
9 frame or a text message?
10 A      Yes. I think Casey was the one
11 that -- see, there's a bunch of Caseys in my
12 family, because my maiden name is Casey. So
13 it seems like there's lots of Caseys. And I
14 think that Casey, the girls would -- they
15 would swap up carpooling.
16 Q      Do you remember if there were
17 text messages with any of those folks
18 during --
19 A      There was.
20 Q      -- that time frame?
21 A      Sorry. There was. Yes.
22 Q      And I was going to -- the rest of
23 my question would be, do you remember what

1 they said?
2 A      Peggy wanted her hair done.
3 Casey wanted to talk to Paige about school
4 something. Tiffany was supposed to come to
5 Paige's house that weekend. And the other
6 Jeremies, I don't know. I don't remember.
7 Q      Do you remember if any of those
8 communications had anything to do with Brad
9 Gray?
10 A      No. They had -- to my knowledge,
11 none.
12 Q      As I understand it, there may
13 have been some life insurance that Paige
14 had?
15 A      Yes.
16 Q      Do you remember who that was
17 with, what company?
18 A      I know it's with MetLife.
19 Q      And was it more than one policy?
20 A      One policy on her life.
21 Q      And do you remember the amount?
22 A      One million dollars.
23 Q      Okay. What about Kaci? Was

1 there any kind of life insurance on her?
2 A      No.
3 Q      What is the status of the life
4 insurance policy that you had on -- or that
5 Paige had, in terms of has it paid out now
6 that she passed away?
7 A      Yes. It is paid out and
8 invested.
9 Q      And was the beneficiary her
10 children?
11 A      Yes.
12 Q      Okay. So that money's being held
13 now for Kayla?
14 A      Yes.
15 Q      Other than that, it looks like
16 there were a couple of small claims made
17 against her estate for like a small credit
18 card amount of a few thousand dollars and
19 another bill, looks like $300 or something.
20      Do you know of any other claims
21 made against the estate?
22 A      No.
23 Q      Do you know of any other assets

1 of the estate?
2 A      No.
3 Q      Okay. There was a request in
4 here to produce any documents or other
5 materials that you sent to the City of
6 Moundville or that you received from the
7 City of Moundville related to this
8 situation.
9      We talked about the statement of
10 claim, and I asked you about that. But do
11 you know of any other documents or
12 information that either you and your family
13 sent to the City related to this or that the
14 City sent to you?
15 A      Oh, my gosh.
16 Q      Because the answer says "we will
17 produce," but I don't know that we've gotten
18 anything that is really responsive to that,
19 so I'm not sure.
20 A      I don't remember really. Seems
21 like there was something, but I don't
22 remember what it would be. But it would be
23 in those notes.

1 Q       The notes that your husband would
2 have had?
3 A       Yes.
4 Q       With regard to my client, Ken
5 Robertson, have you ever had any
6 conversations or communications with him?
7 A       No.
8 Q       Do you know if your husband did?
9 A       No.
10 Q       No, you don't know or no, he
11 didn't?
12 A       He had no conversation with Ken.
13 Q       At any time that you know of?
14 A       At any time.
15 Q       I've got a few pictures and
16 exhibits I want to use just so I'm oriented
17 to some of what we talked about before in
18 terms of where Paige lived and things like
19 that.  So I just want to run through these
20 with you.
21       What I'm marking as Exhibit 8 is
22 a -- it's just a Google Map aerial
23 depiction.  It's got on here 2410 County

1 Road 44?
2       (Defendant's Exhibit Number
3             8 was marked
4       for identification.)
5 A       That's the home place -- the
6 Mitchell home place where they lived, which
7 was -- that she sold.
8 Q       Before she moved to the Market
9 Street location?
10 A       That's right.
11       (Defendant's Exhibit Number
12             9 was marked
13       for identification.)
14 Q       And then Exhibit 9 is another
15 aerial depiction.  And I believe that's the
16 154 Market Street address, if you can
17 confirm that for me.
18 A       That is it.
19       (Defendant's Exhibit Number
20             10 was marked
21       for identification.)
22 Q       Exhibit 10 is just a series of
23 photos, and if you can just flip through

1 them and confirm for me that that is the 154
2 Market Street house?
3 A       This is it.
4 Q       Were you familiar with where Brad
5 Gray lived?
6 A       I am.
7 Q       Had you ever been to his house?
8 A       Just to ride by.
9 Q       So you knew where it was
10 generally?
11 A       Yes.
12       (Defendant's Exhibit Number
13             11 was marked
14       for identification.)
15 Q       Okay.  Let me show you
16 Exhibit 11.  This is another one of those
17 aerial photos, and I believe it shows Brad's
18 house, which would have been I think 619
19 Second Avenue or Second Street in
20 Moundville?
21 A       That is it.
22       (Defendant's Exhibit Number
23             12 was marked

1       for identification.)
2 Q       And then Exhibit 12, is that a
3 picture of the actual house Brad lived in?
4 A       Yes.
5 Q       Okay.  And then finally, you had
6 mentioned earlier that they lived about a
7 mile apart?
8 A       Yes.
9 Q       Let me show you what I'll mark as
10 Exhibit 13.
11       (Defendant's Exhibit Number
12             13 was marked
13       for identification.)
14 Q       Again, this is just another one
15 of those aerial views.  And this one shows
16 the 154 Market Street location and Brad's
17 house down here at 619 Second Avenue.
18 A       Uh-huh.
19 Q       And it actually shows on there at
20 some point that it was about .8 miles
21 between the two.  Is that consistent with
22 your understanding?
23 A       Yes.

1 Q    Did Paige, other than Kaci and
2 Kayla, ever have anybody else living with
3 her at the Market Street house?
4 A    Yes, she did.
5 Q    Tell me what you know about that.
6 A    She was a foster mother to three
7 different children at different times. And
8 at the time of her death, a child was there
9 with Kayla in the back bedroom.
10 Q    What was that child's name if you
11 remember?
12 A    I don't remember. If you hadn't
13 have asked me, I could tell you.
14 Q    I know how that works.
15 A    I don't remember.
16 Q    Do you know how old that child
17 was?
18 A    She was ten I think.
19 Q    And how old was Kayla at the
20 time?
21 A    She might have been nine. She
22 was a little older than Kayla. So Kayla
23 was -- she's 13 now, so.

1 Q    Do you know if Kayla or that
2 other child actually witnessed any of this
3 or just --
4 A    I know that they found them the
5 next morning about -- sometime after 8:00,
6 and then they called Marjean. And I was
7 told that -- the detective interviewed Kayla
8 and asked her some questions. And so she
9 did not walk over to them, but she knew --
10 the words I was told was she knew something
11 was wrong, and she knew the time, and she
12 called her grandmother.
13 Q    I guess I was just wondering if
14 gunshots were involved, if they had, you
15 know, waked up in the middle of the night or
16 something?
17 A    No.
18 Q    Okay. So this was just all after
19 the fact?
20 A    Yes.
21 Q    Okay. Did you know either of the
22 neighbors that lived on either side or
23 across the street from Paige at that time?

1 A    I knew there was a lady that
2 lived in the house, if you're looking at the
3 house, on the right side. And Paige knew
4 her and called her name, but I don't know --
5 I never met her, but I did see her on the
6 porch.
7 Q    And obviously I guess my other
8 question just to follow up on that was
9 whether you had learned anything from any of
10 the neighbors about what happened?
11 A    No. The house on the other side
12 was vacant, and I didn't know anybody else
13 across the street.
14 Q    And that's the same to this day.
15 You haven't learned anything from any of
16 those folks?
17 A    No.
18    (Defendant's Exhibit Number
19         14 was marked
20        for identification.)
21 Q    I meant to mark the notice for
22 this deposition as an exhibit. I just
23 marked it as Exhibit 14. I don't really

1 have a question for you about it, but I just
2 wanted to make that part of the record so we
3 had that.
4    I don't know if you've seen that,
5 but that was just the notice we sent out for
6 your deposition today.
7 A    Okay. I see it.
8 Q    I'm going to go ahead and let
9 Mr. Kinney ask you some questions at this
10 point.
11 A    Okay.
12        CROSS-EXAMINATION
13 BY MR. KINNEY:
14 Q    Ms. Ray, my name is Warren
15 Kinney, and I represent the City of
16 Moundville in the lawsuit. I don't have
17 really too-too many questions, but I've got
18 a couple to sort of supplement what
19 Mr. Gaillard has already asked you.
20    Before we get started, I -- and
21 before we went back on the record, we were
22 discussing briefly some notes that your
23 husband took?

1 A        Yes.
2 Q        And, you know, rather than make a
3 formal request --
4        MR. KINNEY:  Unless that's
5 necessary, John.
6 Q        -- I would just ask you, Ms. Ray,
7 to please try and provide those to your
8 attorney as soon as possible so he can give
9 that to us.  Can you do that?
10 A        I can.  Try.
11 Q        In addition to your -- to the
12 notes that your husband would take, you said
13 that he -- well, when your husband would
14 take notes, he would write them all down on
15 a yellow pad?
16 A        Yes.
17 Q        Are you aware of -- did you ever
18 take any notes in dealing --
19 A        No.
20 Q        Are you aware of any other notes,
21 other than what your husband took, that
22 related to this incident and murder of your
23 daughter or any of her dealings with Brad,

1 any --
2 A        I have a calendar that I write
3 some things down, but it's not in detail.
4 It was just -- I did write that -- like if
5 the police office called.  And I did talk to
6 a detective.  Don't remember his name.  And
7 I would have written that down.  But not --
8 like I said, I didn't really handle this.
9        My husband and I would talk about
10 it.  He talked to John one time for an hour.
11 I don't know what all they talked about.
12 But I just know he would take notes, and if
13 it was anything interesting, he would tell
14 me.  But I did not take notes other than my
15 calendar that I used for personal use.
16 Q        Do you still have that calendar?
17 A        I do.
18 Q        I'd also ask that you make a copy
19 and produce that through your attorney,
20 please.
21 A        Okay.  It will be an interesting
22 calendar.
23 Q        And, you know, the purpose is not

1 to make you undertake an arduous task or
2 anything like that, I can assure you.
3 A        I know.  I know.
4 Q        This is how we get information
5 about the claims.
6 A        Sure.  You can verify dates and
7 things.
8 Q        Yes, ma'am.
9        Do you know when Brad went to
10 rehab?
11 A        I don't but it might be on that
12 calendar, because I did write down when
13 Paige came and just a brief thing of what we
14 did, maybe some activity we did.
15 Q        Okay.  Do you know where he was
16 in rehab?
17 A        It was up close to Gadsden.  And
18 she told me but -- well, it might have been
19 close to Birmingham.  And then she would
20 come on up to our house, I guess would be --
21 it was -- she would head north and go by --
22 swing by and see him, and then come up to
23 our house.

1 Q        Do you know if it was in Warrior?
2 a        That might be it.  But it would
3 be on my calendar.
4 Q        And you mentioned that Paige was
5 his sponsor?
6 A        That's what she said.
7 Q        Okay.  Had Paige ever been to
8 rehab?
9 A        No.
10 Q        Okay.
11 A        She liked to help animals and
12 people and people that needed some help.
13 Q        Sure.  But she had never
14 participated then in a 12-step program?
15 A        She's never had that kind of
16 problem at all.
17 Q        Okay.  And really the reason that
18 I'm asking is because you said that she was
19 his sponsor, and generally that is -- it's
20 my understanding that's generally somebody
21 who has been through a rehabilitation
22 program and helps out others who are coming
23 through.

1  A       No, not that kind of a sponsor.
2  No, no, no, no. You have to have a
3  responsible person, to some effect, and his
4  family was refusing. And from what I
5  understand, he needed a person to -- I don't
6  know if it's legal reasons or what, but you
7  do have to have somebody -- I mean, she
8  was -- well, I'll say this. She was okay to
9  come and visit him and that type of thing.
10 I really don't know what all that involved.
11 Q       Okay.
12 A       But she said a sponsor.
13 Q       Okay. I follow.
14         Do you know -- did Brad have any
15 children?
16 A       He did.
17 Q       Did you ever meet his children?
18 A       I did.
19 Q       Do you know how old they were or
20 are?
21 A       The only child I met, and he has
22 come to my house also, was in between in
23 ages between Kayla and Kaci, is the best I

1  remember. And I think his name is Bradley.
2  Q       Okay. And did he visit your
3  house in Gadsden on that -- the one occasion
4  when Brad came as well?
5  A       I really don't think so. Paige
6  would get him and -- she tried to help him
7  because his mother was dead. So she was
8  friends with the grandparents that had
9  custody of him after his -- it was his dead
10 mother's parents. She was friends with
11 them. And she would even contact them even
12 when Brad and her were not seeing each
13 other, as far as I know. She would get Brad
14 sometimes -- Bradley sometimes.
15         And the only reason I remember
16 his name is because it was so similar to
17 his. It was Brad and Bradley. And it's --
18 Q       I can see how that would be
19 helpful.
20 A       Yeah. That's the only reason I
21 know.
22 Q       But did Bradley have another
23 brother or sister?

1  A       He had, from what I understand,
2  two stepsisters.
3  Q       Okay. You don't -- were the
4  stepsisters -- so had Brad -- you said
5  earlier that Brad had also lost a spouse?
6  A       Yes.
7  Q       Did he remarry after he lost that
8  spouse?
9  A       Not that I know of. I mean, he
10 may -- I know he had a girlfriend. And I
11 think in between that time where she was not
12 seeing him, he had -- I think she said -- I
13 don't think he ever got married again, but
14 he did have a girlfriend.
15 Q       Okay. Do you think that the
16 stepsisters were daughters of his deceased
17 spouse?
18 A       No. I think they were -- may
19 have been from another marriage, but I don't
20 know. She told me but I do not remember the
21 story.
22 Q       That's fine.
23 A       They were older and I couldn't

1  tell you.
2  Q       Okay. Older than?
3  A       Bradley.
4  Q       Okay. Did Paige -- did she buy
5  the house on Market Street?
6  A       Yes.
7  Q       You may have already answered
8  this. Is that house still part of her
9  estate?
10 A       No.
11 Q       So y'all have been able to sell
12 the house?
13 A       We let it -- the bank repossess
14 it, because she had only been in there less
15 than a -- well, about a year, a little over
16 a year. And considering all of the trouble,
17 my husband thought it would be best just to
18 let them repossess it.
19 Q       Okay. But the bank that held the
20 mortgage hasn't filed a claim against the
21 estate?
22 A       No.
23 Q       Okay.

1  A       It was Wachovia I think that --
2  well, no, no, no.  That was her house in --
3  on 44.  It was -- I don't know who -- it's
4  in the records.  I don't remember.  She got
5  a special loan because it was in a rural
6  city and through the -- whatever that
7  agency -- government agency is.  But I don't
8  know exactly all the details.
9  Q       Okay.  Do you know if she had any
10 equity in the house?
11 A       She probably -- no.  No.  We just
12 let it -- because of all of the time and all
13 of the -- it being out of town, we just
14 considered what she had paid on it as rent
15 and let it rip.
16 Q       Did Paige ever work in any other
17 profession other than as a hairdresser?
18 A       I don't think so.  No.
19 Q       You're not aware of any other
20 jobs she had while she lived in Moundville?
21 A       Not in Moundville.  She didn't do
22 anything else.
23 Q       Okay.  How about you, Ms. Ray?

1  Did you ever work outside the home?
2  A       I still do.
3  Q       Where?
4  A       I'm a nurse.
5  Q       Okay.  In Gadsden?
6  A       Yes.
7  Q       What kind of nurse?
8  A       A nurse.  RN, registered nurse.
9  Q       Okay.  And what hospital in
10 Gadsden?
11 A       I had worked at the hospital and
12 then I retired.  And right before I retired,
13 I started working at a rehab center in a
14 nursing home.  So that's what I do now part-
15 time.
16 Q       Okay.  What's the name of the
17 nursing home?
18 A       Gadsden Health & Rehab.
19 Q       Health & Rehab?
20 A       Uh-huh.
21 Q       You said your husband almost had
22 an associate's degree in criminal justice?
23 A       Uh-huh.

1  Q       Where was he pursuing that?
2  A       Gadsden State Jr. College in
3  Gadsden.
4  Q       Was he just taking classes after
5  he retired?
6  A       He took them -- he took some
7  classes when he was laid off from the steel
8  plant.  But he -- he mainly took those
9  classes when -- as part of his benefits for
10 being in the Navy.
11 Q       Okay.  How long was he in the
12 Navy?
13 A       Four years.
14 Q       So he was just interested in
15 criminal justice?
16 A       He was interested in getting the
17 money.  I don't know what you can say.  He
18 liked it or he wouldn't have done that, but
19 I -- he got a job and did not pursue it
20 anymore.  I tried to get him to, but he
21 didn't want to.
22 Q       Where did he get a job?
23 A       At the steel plant in Gadsden.

1  He worked at Goodyear at one time.
2  Q       Okay.
3  A       But it changed names several
4  times.
5  Q       Okay.  But after he sort of was
6  forced to retire in 2000, did he work
7  anywhere else after that?
8  A       No.
9  Q       You may have already been asked
10 this.  Have you ever filed another lawsuit
11 against anyone?
12 A       No.
13 Q       And has any lawsuit ever been
14 filed against you?
15 A       No.
16 Q       Do you know anybody who works at
17 the City of Moundville?
18 A       Personally I have no -- no
19 contact with them.  Well, I take that back.
20 I'm sorry.
21 Q       That's okay.
22 A       At one time the mayor.  I don't
23 know who the mayor is.  And he introduced

24 (Pages 90 - 93)

1  himself to me. And I can't remember if he
2  even came -- he may have come to Marjean's
3  house. I just don't remember now. But he
4  is a relative of Ben Mitchell.
5  Q        Does Tony Lester sound familiar?
6  A        Tony sounds right.
7  Q        Do you know how he's related to
8  them?
9  A        No. I don't know.
10 Q        That's okay. I'm just asking.
11 A        I just know it's through the
12 Mitchells, through Ronnie Mitchell. That's
13 all I know.
14 Q        And Ronnie is Ben's father?
15 A        Yes.
16 Q        And Ronnie's no longer married to
17 Marjean?
18 A        No.
19 Q        Is that correct?
20 A        That's correct.
21 Q        Okay. I'm just trying to get
22 everybody straight.
23 A        I got you.

1  Q        Other than speaking with -- it
2  sounded like that was maybe at the wake or a
3  visitation where Tony introduced himself to
4  you; is that right? Or maybe even a
5  reception afterwards?
6  A        I've talked to him. I don't
7  remember where. But he told me that at
8  Christmas that they would go by Ben's grave
9  and sing carols.
10 Q        Do you want to take a break?
11 A        I'm okay.
12 Q        Are you sure? And I --
13 A        I understand. It's okay.
14 Q        I'm sorry.
15 A        I'm good. Just go.
16 Q        Paige and Tony would go to Ben's
17 grave and sing?
18 A        No. His family.
19 Q        Ben's family would?
20 A        Tony's family.
21 Q        Tony's family. Okay.
22           Did Tony ever talk to you or
23 discuss the murder of Paige?

1  A        No.
2  Q        Are you familiar with any
3  policies and procedures of the City of
4  Moundville?
5  A        No.
6  Q        What about the police department?
7  Are you familiar with any of the Moundville
8  Police Department's policies or procedures?
9  A        No.
10 Q        Did you ever speak to any of the
11 police officers that work for the City of
12 Moundville?
13 A        Yes.
14 Q        Do you remember any of their
15 names?
16 A        No.
17 Q        Was this around the time or
18 shortly after Paige's murder?
19 A        Yes.
20 Q        And you mentioned earlier that
21 your husband on several occasions had spoken
22 to law enforcement officers.
23 A        Yes.

1  Q        Was that always with the City of
2  Moundville?
3  A        Yes.
4  Q        Okay. No -- never anybody from
5  the sheriff's department or another law
6  enforcement agency?
7  A        I think a sheriff deputy came
8  also to Marjean's. And -- let's see. There
9  were about four people there. I can't
10 remember all of them.
11 Q        That's okay. That's fine. I was
12 just curious to see what you do remember.
13           I think that may be all the
14 questions that I have, Ms. Ray. Let me just
15 double check.
16           I believe you testified earlier
17 that you had never had any warning that Brad
18 would do something like he did; is that
19 correct?
20 A        No. I had -- I was not told --
21 well, like I said, Keenan had talked to my
22 husband. And he did not like Brad, and Brad
23 and him -- and Keenan is the stepfather of

1 Marjean. And they had had some words, and
2 he did not like Brad. And he had talked to
3 my husband. Keenan came to our house to go
4 deer hunting, and I feel like it was to talk
5 to my husband about Brad, because he -- he
6 didn't like him. And I think he was
7 concerned with Brad's past behavior and just
8 wanted us to know. But I was at work, and I
9 don't know all of their conversations.
10 Q      Okay. Your husband -- you don't
11 recall your husband relaying to you what
12 Keenan had communicated to him?
13 A      Not that I can repeat. It was
14 not good things.
15 Q      Well, can you recharacterize the
16 sentiment of what was communicated?
17 A      He thought he was bad news, a bad
18 influence. Brad, in the -- let's see. How
19 I can say it. In the area had a bad
20 reputation. And everybody knows everybody
21 here, and Ronnie Mitchell's wife's mother
22 was Brad's neighbor. So they didn't like
23 each other.

1 Q      At that house that's in one of
2 these exhibits?
3 A      This was -- no. I don't know
4 where it was, but Ron -- let's see. I don't
5 know their -- Ronnie's wife's maiden name, I
6 don't remember, but her mother lived beside
7 Brad growing up. The families knew each
8 other. And I don't know where it was, but
9 it was somewhere here in Moundville. And
10 they knew Brad from years ago.
11 Q      Okay. And right after you
12 testified earlier that you didn't have any
13 warning that Brad would do something like he
14 did, you said that some were not surprised.
15 A      That was Perry. Perry is the
16 aunt of Kayla. That's what she said.
17 Q      Perry is a Mitchell?
18 A      She's a Childree.
19 Q      A Childree. Okay.
20 A      She's the only child that Keenan
21 and Marjean had. And then Ronnie and Jo had
22 two boys. And then Ben, which was Paige's
23 husband, was the middle, third spoke.

1 Q      Okay.
2 A      He was the only child Ronnie and
3 Marjean had.
4 Q      Okay. Do you know how old Perry
5 is in relation to --
6 A      Ben?
7 Q      Uh-huh.
8 A      Well, he would have been younger
9 than him, and I'm not sure the age.
10 Q      Okay. But Perry told you he was
11 not surprised?
12 A      She was not surprised.
13 Q      She. Okay. Did she say anything
14 more than that?
15 A      No.
16 Q      Did you ever ask more?
17 A      No.
18 Q      Anybody else other than Perry say
19 that they were not surprised by this?
20 A      Keenan.
21 Q      Keenan said it also?
22 A      (Witness nodding head.)
23 Q      Ms. Ray, I think that's all the

1 questions that I have.
2            REDIRECT EXAMINATION
3 BY MR. GAILLARD:
4 Q      There was something I meant to
5 ask you about just to see what, if anything,
6 you knew about it. And that is, my
7 understanding is that after Brad shot Paige
8 and Kaci, he went back to his house. And
9 the police came, and then he shot himself.
10 Is that your understanding?
11 A      Yes.
12 Q      Do you know anything more about
13 that, about what happened with Brad?
14 A      No.
15 Q      I understand he passed away maybe
16 a few days later.
17 A      Okay. He shot himself in the
18 head, and this is what the police said. And
19 they heard the gunshot when they were
20 standing on the porch after they had knocked
21 on the door. And so they went in, and he
22 was taken to the hospital and basically was
23 brain dead. And because of the situation, I

1 was told -- and I don't know who said it --
2 that he was kept alive until the funeral was
3 over with because of the town, the funeral
4 home, and all the politics.
5          And so after the funeral, within
6 a few hours, we got word that he was dead.
7 So that matched.
8          And there was a lot of upset
9 people. And some of my family members were
10 glad. And I have to say there were some
11 other -- and I know it happened a year --
12 the same thing. A lady was shot in front of
13 her kids in Moundville a year before that.
14 And I remember because it was on Christmas
15 day. And so this was a big shock.
16          So I know that there's still some
17 hard feelings even to the preacher, because
18 the preacher that did Paige and Kaci's
19 service did Brad's service. And so I don't
20 have any hard feelings, but there's still
21 some hard feelings in this town. And I
22 really -- you know, I mean, they know more
23 about this than I do really, as far as Brad.

1 I just know about Paige.
2          And so I don't get into that. I
3 really don't have time for it and don't want
4 to know. I don't even know all the details.
5 I mean, when I say I don't know the details,
6 of what happened exactly. And I don't want
7 to know.
8 Q       And I just -- I wanted to just
9 confirm if you had any other information
10 related to that.
11 A       I don't want to know.
12 Q       But that was my understanding
13 just about the sequence of how it happened.
14 A       All I wanted to know is what
15 Kayla saw. That's all I care about. And so
16 she didn't know a lot. And Jeremy, Perry's
17 husband, was in the room when the detective
18 talked to Kayla so that she could freely
19 talk, and that's what he said. That's all I
20 know.
21          MR. GAILLARD: John, I think
22 probably the best thing would be to suspend
23 the deposition right now until we follow up

1 on the phone and the notes and all that.
2          MR. MCCULLEY: Sure.
3          MR. GAILLARD: Hopefully we don't
4 have to reconvene, but just so we reserve
5 that right. But I think we're -- I'm good
6 with concluding for today.
7          MR. KINNEY: I was going to say
8 the same thing. We didn't want to not
9 have or somehow foreclose an opportunity,
10 unfortunately, to talk to you again,
11 Ms. Ray, depending on what we receive when
12 we get some of those notes, because it just
13 may be almost impossible to decipher some
14 stuff unless we talk to you again.
15          So I likewise would like to get
16 on the record that we just kind of
17 temporarily halt and reevaluate maybe after
18 we can get some of those things produced.
19          MR. MCCULLEY: At this point, we
20 don't have any objection to that.
21          MR. KINNEY: Thank you, Ms. Ray.
22      (Deposition concluded at 12:03 p.m.)
23

1          C E R T I F I C A T E
2
3 STATE OF ALABAMA )
4
5          I hereby certify that the above
6 and foregoing deposition was taken down
7 by me in stenotype, and the questions and
8 answers thereto were reduced to computer
9 print under my supervision, and that the
10 foregoing represents a true and correct
11 transcript of the deposition given by
12 said witness upon said hearing.
13
14          I further certify that I am
15 neither of counsel nor of kin to the
16 parties to the action, nor am I in
17 anywise interested in the result of said
18 cause.
19
20
    Karen Hinch, Commissioner
21 ACCR #96
22
23

27 (Pages 102 - 105)

| & |
|---|
| **&** 2:2 3:13,19 5:9 91:18,19 |

| 1 |
|---|
| **1** 4:10 34:14,17 35:23 36:12 |
| **10** 4:19 75:20,22 |
| **101** 4:5 |
| **10:00** 2:5 5:12 |
| **11** 4:20 15:14 37:9 76:13,16 |
| **11:40** 40:9 |
| **12** 4:21 51:6 76:23 77:2 85:14 |
| **1201** 2:2 5:9 |
| **12:03** 104:22 |
| **12:30** 55:19 |
| **13** 4:22 77:10,12 78:23 |
| **14** 4:23 80:19,23 |
| **154** 14:3 75:16 76:1 77:16 |
| **17** 32:10 |
| **175** 3:20 |
| **17th** 21:23 |
| **18** 50:18 |
| **18431** 105:20 |
| **19** 9:21 |
| **19-0069** 1:11 |
| **1979** 9:22 |
| **19th** 9:17,20 |
| **1st** 22:4 32:17 |

| 2 |
|---|
| **2** 4:11 47:3,10 |
| **200** 3:7 |
| **2000** 12:11 44:23 93:6 |
| **2002** 9:18 12:18,18 32:10 33:4 44:21 |

| 2006 12:17,19 |
|---|
| 32:16 |
| **2008** 12:20 17:12 |
| **2015** 25:2,9 27:21 38:20,23 42:17 46:16 47:7 48:3 49:4 62:23 63:17 |
| **2016** 21:16 50:18 |
| **2017** 17:14 22:6 31:22 35:7 36:11 37:10,16 38:17 55:17 56:16 |
| **2018** 37:16,17,19 |
| **2019** 38:6 |
| **2020** 2:4 5:8 |
| **2176** 44:14 |
| **23rd** 2:4 5:7 |
| **2410** 74:23 |
| **25** 36:11 38:6 55:17 56:16 |
| **25th** 31:22 35:7 38:17 |
| **26** 56:16 |
| **26th** 55:18 67:1,13 |
| **27** 37:19 |
| **2726** 3:14 |

| 3 |
|---|
| **3** 4:12 47:20,22 |
| **300** 72:19 |
| **34** 4:10 |
| **35213** 3:21 |
| **35401** 2:3 3:8 5:11 |
| **36652** 3:15 |

| 4 |
|---|
| **4** 4:13 48:15,17 |
| **44** 10:5 12:2 14:2 14:17 53:8 68:6 75:1 90:3 |
| **47** 4:11,12 |

| 48 4:13 |
|---|
| **4:00** 67:2 |

| 5 |
|---|
| **5** 4:3,14 50:4,8 |
| **50** 4:14 |
| **51** 4:15,16 |

| 6 |
|---|
| **6** 4:15 50:23 51:3,5 |
| **601** 3:7 |
| **619** 76:18 77:17 |

| 7 |
|---|
| **7** 4:16 51:11,13 |
| **75** 4:17,18,19 |
| **76** 4:20,21 |
| **77** 4:22 |

| 8 |
|---|
| **8** 4:17 47:7 48:3 62:19 74:21 75:3 77:20 |
| **80** 4:23 |
| **81** 4:4 |
| **880** 3:20 |
| **8:00** 79:5 |

| 9 |
|---|
| **9** 4:18 25:9 38:23 42:17 46:16 48:11 75:12,14 |
| **96** 105:21 |
| **9th** 25:2 39:11,12 41:19 |

| a |
|---|
| **a.m.** 2:5 5:12 |
| **able** 89:11 |
| **accident** 11:13 12:4 |
| **accidents** 14:19 |
| **accr** 105:21 |
| **acknowledging** 51:15 |

**acting** 5:3
**action** 1:10 105:16
**activity** 84:14
**actual** 77:3
**adderall** 27:9
**addition** 82:11
**address** 75:16
**advice** 41:2
**aerial** 4:17,18,20 4:22 74:22 75:15 76:17 77:15
**afraid** 21:8 23:17 26:16 43:8
**afternoon** 39:7 40:2,6,17
**age** 100:9
**agency** 90:7,7 97:6
**agent** 16:7
**ages** 86:23
**ago** 43:23 44:10 99:10
**agreed** 1:18 2:7,15
**agreement** 4:12 48:1
**ahead** 81:8
**al** 1:9,14 3:8,15,21
**alabama** 1:2 2:3 5:3,10 7:20 35:13 105:3
**alcohol** 27:1,3,6
**alive** 33:16 102:2
**allegation** 62:20
**amount** 71:21 72:18
**anger** 27:3 49:5,11 49:16 50:10,12,14 51:7,17
**animals** 85:11
**ann** 5:16,22
**answer** 6:22 7:1 65:20,23 66:15

73:16
**answered** 89:7
**answers** 6:10 64:5
  105:8
**anybody** 27:16
  44:2 45:3 46:8
  60:14 78:2 80:12
  93:16 97:4 100:18
**anymore** 92:20
**anyway** 28:20
**anywise** 105:17
**apart** 77:7
**apparently** 27:2
  54:5
**appear** 50:8
**appointed** 37:4,11
  37:21 38:7,8
**approximately** 2:5
  5:11 23:21
**april** 9:17,20,21
  37:9
**arduous** 84:1
**area** 10:6,18 11:3
  12:23 14:11 15:7
  22:9 98:19
**arrested** 46:18
**asked** 19:5 28:7
  29:4 32:5 60:21
  73:10 78:13 79:8
  81:19 93:9
**asking** 6:9 36:20
  85:18 94:10
**asleep** 53:13 66:21
**assets** 72:23
**assign** 2:20
**associate's** 91:22
**assume** 37:12
**assumption** 61:8
**assure** 84:2
**atchison** 69:2,8

**attend** 49:5
**attended** 51:6
  68:15
**attorney** 3:5,11,18
  82:8 83:19
**aunt** 52:8 69:9
  99:16
**avenue** 2:3 3:7 5:10
  76:19 77:17
**aware** 38:20 42:16
  46:22 48:6,12,13
  49:3,17 63:1 82:17
  82:20 90:19

**b**

**back** 6:16 10:12
  12:8 15:6,16 17:3,4
  18:6 28:14 41:23
  43:20 45:10,14
  46:16 52:17 57:9
  63:16 78:9 81:21
  93:19 101:8
**background** 7:13
  18:2
**bad** 98:17,17,19
**bank** 89:13,19
**baptist** 68:16
**based** 26:7 38:3
**basically** 101:22
**beach** 10:9
**beauty** 70:2
**bed** 54:23 66:7,21
**bedroom** 78:9
**behalf** 3:3,9
**behavior** 19:3
  56:18 98:7
**believe** 25:2 75:15
  76:17 97:16
**ben** 11:23 14:13
  17:12 32:20 61:14
  61:22 94:4 99:22
  100:6

**ben's** 33:10,11 61:4
  69:9,12 94:14 95:8
  95:16,19
**beneficiary** 72:9
**benefits** 92:9
**benjamin** 9:12 10:2
  10:17 11:12
**best** 13:4 41:4 57:5
  86:23 89:17 103:22
**better** 6:17 16:15
  16:19 41:2
**bicycle** 60:5
**big** 15:23 42:10,13
  102:15
**bill** 72:19
**birmingham** 3:21
  84:19
**birth** 9:2 32:8,9
**birthday** 9:15,20
  21:22
**bit** 7:13,18 38:19
  64:22
**blew** 65:19
**bond** 14:18
**born** 8:19 9:1,21
  12:17,17 32:15
**bother** 28:16
**bought** 13:13 33:1
**box** 3:14
**boys** 99:22
**brad** 13:8 14:14
  16:18 17:15,21
  18:23 20:3 21:4,10
  22:19 23:6 24:5
  27:19,22 28:21
  30:7 31:14,22 32:3
  34:3 39:11 42:19
  43:4 45:22,23 46:5
  46:17 47:5 48:2
  49:3 52:22 53:17
  54:2 55:3,7,12

56:22 57:3,8,18
  58:9 60:11 61:7,9
  62:22 63:16 66:5
  66:16 67:12 68:12
  71:8 76:4 77:3
  82:23 84:9 86:14
  87:4,12,13,17 88:4
  88:5 97:17,22,22
  98:2,5,18 99:7,10
  99:13 101:7,13
  102:23
**brad's** 25:3 41:7
  56:18 66:14 76:17
  77:16 98:7,22
  102:19
**bradley** 1:13 87:1
  87:14,17,22 89:3
**brain** 101:23
**break** 7:8 64:12,14
  95:10
**brief** 84:13
**briefly** 81:22
**bring** 22:19
**broad** 15:4
**broken** 60:11
**brother** 11:22
  87:23
**brother's** 11:21
**brought** 33:3
**buddy** 61:4
**bunch** 70:11
**buried** 15:10
**busy** 28:11
**buy** 15:22 89:4

**c**

**c** 3:1 105:1,1
**calendar** 83:2,15
  83:16,22 84:12
  85:3
**call** 39:8 70:8

**called** 21:4,9 28:9
34:10 39:3 40:11
40:19,22 43:2,6,8
43:11 45:9,10,14
52:3,5 53:9 65:17
65:22 79:6,12 80:4
83:5
**car** 25:4 27:20
38:21 39:16 40:1
41:6,23 42:12
58:23
**card** 72:18
**care** 29:21,23 42:2
103:15
**carols** 95:9
**carpooled** 61:5
**carpooling** 70:15
**case** 6:2 7:15 47:5
62:21
**casey** 5:22 69:3,21
69:23 70:10,12,14
71:3
**caseys** 70:11,13
**cause** 5:13 105:18
**cell** 68:23 69:1 70:6
**center** 91:13
**certificate** 9:2
**certify** 5:4 50:15
105:5,14
**changed** 93:3
**charge** 48:7,9
**charged** 48:10
**check** 97:15
**child** 78:8,16 79:2
86:21 99:20 100:2
**child's** 78:10
**childree** 28:7 32:19
33:7,9 34:2 52:5
99:18,19
**children** 11:5 32:4
72:10 78:7 86:15

86:17
**christmas** 22:3
95:8 102:14
**church** 68:15,16
**circumstances** 41:5
**city** 9:1 10:10 36:13
45:3 73:5,7,13,14
81:15 90:6 93:17
96:3,11 97:1
**civil** 1:10 5:5
**claim** 4:10 34:18
35:15,23 63:1
73:10 89:20
**claims** 72:16,20
84:5
**classes** 49:6 92:4,7
92:9
**cleaning** 24:18
**clear** 6:20
**clearer** 7:2
**client** 74:4
**close** 15:13 84:17
84:19
**closed** 44:18,19,20
**clue** 41:3 46:9
**college** 92:2
**colors** 60:4
**come** 12:8 18:3
19:23 21:18 22:10
22:17 28:12 29:2
31:12 43:9 55:7
66:5 71:4 84:20,22
86:9,22 94:2
**coming** 21:2,2
85:22
**commencing** 2:4
5:11
**commissioner** 5:4
105:20
**common** 14:17
62:9,12

**communicated**
10:11 98:12,16
**communication**
36:4
**communications**
71:8 74:6
**company** 71:17
**complaint** 24:10
41:18 62:21
**completed** 50:17
**completion** 51:17
**compliance** 2:11
**computer** 105:8
**concerned** 98:7
**concluded** 104:22
**concluding** 104:6
**confirm** 51:6 75:17
76:1 103:9
**confrontation**
46:18 52:22
**confronting** 59:4
**considered** 90:14
**considering** 89:16
**consistent** 77:21
**contact** 69:1 70:6
87:11 93:19
**contest** 7:7
**context** 58:7
**conversation** 39:6
39:9 53:21 59:7
74:12
**conversations** 45:2
74:6 98:9
**conviction** 63:1,17
**copy** 34:17 83:18
**correct** 7:21 8:7,11
14:14 37:5 46:19
51:18 94:19,20
97:19 105:10
**counsel** 1:20 2:17
2:19 5:7 105:15

**count** 12:16
**county** 10:5 12:2
14:2,17 37:4,9 53:8
68:5 74:23
**couple** 46:13 72:16
81:18
**court** 1:1,23 2:12
4:11,13,14,15,16
5:1 6:10 26:4 37:4
37:9 42:1 46:22
47:4,14,17,17,23
48:23 50:9,10,18
51:14,15
**crazy** 54:8
**credit** 72:17
**criminal** 29:23
91:22 92:15
**cross** 4:4 81:12
**crystal** 30:21
**curious** 97:12
**custody** 87:9
**cut** 69:18

**d**

**d** 4:1
**dad** 28:13,20,21
**daddy** 39:4,7 41:1
42:2
**dalton** 54:16 64:21
**danny** 8:10 28:21
29:1 42:14 47:1
**date** 5:4 16:23 26:4
32:7,9 35:8 38:4,22
47:7,14,17 60:14
**dated** 18:23 61:1
**dates** 24:3,22 36:21
38:11 46:15 63:20
84:6
**dating** 14:13 20:16
53:5 60:13 61:21
**daughter** 52:6
82:23

**daughters** 88:16
**day** 2:4 5:8 7:4
  11:19 21:1 40:19
  47:17 51:23 52:22
  54:18 56:15 66:23
  80:14 102:15
**days** 28:10 101:16
**dead** 61:22 87:7,9
  101:23 102:6
**deal** 27:19
**dealing** 82:18
**dealings** 82:23
**death** 43:1 78:8
**deceased** 1:8 88:16
**december** 21:23
  32:10,17
**decided** 14:10
  15:18,21
**decipher** 104:13
**deer** 98:4
**defendant** 6:2
  50:16
**defendant's** 4:9
  34:13 47:9,19
  48:14 50:3 51:2,10
  75:2,11,19 76:12
  76:22 77:11 80:18
**defendants** 1:15
  3:9
**degree** 29:22 91:22
**dentist** 23:17 25:8
  25:18 27:18
**department** 23:15
  29:14 43:1 45:5,15
  63:7 96:6 97:5
**department's** 96:8
**depended** 18:6
**depending** 104:11
**depiction** 74:23
  75:15

**deposition** 1:13,20
  2:9,10,22 4:23 6:3
  6:4 80:22 81:6
  103:23 104:22
  105:6,11
**depositions** 2:13
**deputy** 97:7
**describing** 67:12
**detail** 83:3
**details** 90:8 103:4,5
**detective** 79:7 83:6
  103:17
**detectives** 45:16
  52:3
**died** 45:19 60:7
  61:14 65:3
**different** 19:12
  25:5 33:14 78:7,7
**direct** 4:3 5:19
**discovery** 64:19
**discuss** 42:9,14
  95:23
**discussing** 81:22
**dismissed** 26:10
**disrupt** 13:3
**district** 1:1,2
**division** 1:3
**document** 4:13,14
  4:15,16 36:2,12
  38:4 48:23
**documentation**
  29:16 45:13
**documents** 8:5
  38:22 46:14 48:1
  49:9 50:7,9 51:14
  73:4,11
**doing** 60:4
**dollars** 71:22 72:18
**domestic** 48:10
**donald** 62:10

**door** 66:8,9,14
  67:23 101:21
**double** 14:6 97:15
**downtown** 13:9
  60:2
**drinking** 17:20
  54:6,7 55:13
**drive** 12:1
**driving** 27:3
**drove** 12:1
**drug** 27:7
**drugs** 27:14
**duck** 62:11
**duly** 5:17
**dying** 60:4

**e**

**e** 3:1,1,4,6 4:1
  105:1,1
**earlier** 32:7 49:15
  77:6 88:5 96:20
  97:16 99:12
**early** 67:13
**easy** 38:14
**eat** 61:4,6
**effect** 2:11 86:3
**either** 27:22 70:7
  73:12 79:21,22
**elisa** 30:22
**elliott** 1:14
**ended** 21:11 25:17
  27:18 46:21 52:23
**endurance** 7:7
**enforcement** 96:22
  97:6
**enjoyed** 15:8
**entered** 48:2
**equity** 90:10
**establish** 32:7
**estate** 1:7,13 8:15
  16:6 37:1,3 72:17
  72:21 73:1 89:9,21

**estates** 37:23
**et** 1:9,14
**evening** 54:22 65:9
  65:13
**events** 31:20
**everybody** 94:22
  98:20,20
**evidence** 2:22
**exact** 18:18 34:21
**exactly** 16:8 36:5
  37:10 56:2 90:8
  103:6
**examination** 4:3,4
  4:5 5:13,19 81:12
  101:2
**examined** 5:17
**exercise** 29:6
**exhibit** 4:7,10,11
  4:12,13,14,15,16
  4:17,18,19,20,21
  4:22,23 34:13,17
  35:23 36:12 47:3,9
  47:19,22 48:14,17
  50:3,8,23 51:2,5,10
  51:13 74:21 75:2
  75:11,14,19,22
  76:12,16,22 77:2
  77:10,11 80:18,22
  80:23
**exhibits** 74:16 99:2

**f**

**f** 105:1
**fact** 53:19 79:19
**fair** 18:13,20 35:19
  42:8
**fairly** 62:15
**familiar** 76:4 94:5
  96:2,7
**families** 99:7
**family** 7:17 15:6,10
  17:23 70:12 73:12

86:4 95:18,19,20
95:21 102:9
**far** 62:16 87:13
102:23
**farm** 33:22,23
**father** 8:12 94:14
**february** 22:8
**federal** 5:5
**feel** 98:4
**feelings** 102:17,20
102:21
**fell** 16:10
**felt** 53:20 63:21
**filed** 29:8,14 41:17
89:20 93:10,14
**finally** 51:13 65:23
77:5
**find** 52:4 63:11
**fine** 7:11 34:23
36:16 64:14 88:22
97:11
**first** 5:17 15:21
16:20 22:8 33:1
43:10
**five** 18:14
**fixed** 14:7
**flip** 75:23
**florida** 9:1 10:10
**folks** 64:18 69:4
70:7,17 80:16
**follow** 26:8,21
66:13 80:8 86:13
103:23
**followed** 24:23
**following** 5:14
**follows** 5:18
**fond** 15:9
**force** 2:10
**forced** 93:6
**foreclose** 104:9

**foregoing** 5:6 105:6
105:10
**form** 2:18
**formal** 82:3
**fort** 22:15
**forth** 10:12 17:3,5
**foster** 78:6
**found** 26:1 79:4
**four** 92:13 97:9
**fowler** 2:2 5:9
**frame** 20:10 37:13
70:9,20
**freely** 103:18
**friend** 10:11 11:19
19:17 53:6 56:22
57:1 60:2 61:4,6,17
61:19 69:12,17
70:3
**friend's** 11:21
**friends** 18:11 30:15
30:17,18 31:3,11
53:4,12 56:11 57:5
59:23 69:19 87:8
87:10
**front** 58:10 102:12
**full** 2:11 5:21
**funeral** 65:2 69:20
102:2,3,5
**further** 2:7,15
105:14
**fussing** 53:5

**g**

**gadsden** 7:20 8:19
9:4,7 15:16 22:14
22:18 30:19 31:4
31:12 44:15 57:6
84:17 87:3 91:5,10
91:18 92:2,3,23
**gaillard** 3:10 4:3,5
5:20 6:1 64:13,16
81:19 101:3 103:21

104:3
**generally** 15:2
35:13 76:10 85:19
85:20
**getting** 7:13 16:10
46:15 51:16 92:16
**gibson** 2:2 5:9
**girl** 53:6
**girlfriend** 53:8,22
61:16 88:10,14
**girls** 12:22 54:22
57:6 61:15 68:20
70:14
**give** 6:14 18:18
82:8
**given** 6:3 17:23
63:16 105:11
**giving** 6:10,22 41:2
**glad** 7:10 102:10
**go** 6:6,16 7:6 11:18
18:6 21:4,10 23:16
23:23 25:8,18
27:18 41:7 43:20
46:13,21 49:15
66:8 81:8 84:21
95:8,15,16 98:3
**going** 20:21 23:17
25:6 33:13 36:14
40:7 42:1 43:9 46:5
46:9,16 47:3 53:18
54:2,4 60:18,19
64:17 70:22 81:8
104:7
**good** 14:10 36:4
54:6 62:5 64:11
95:15 98:14 104:5
**goodyear** 93:1
**google** 74:22
**gosh** 73:15
**gotten** 46:4 73:17

**government** 90:7
**grandfather's**
32:23
**grandmother** 28:5
79:12
**grandparents**
15:11 87:8
**grave** 95:8,17
**gray** 1:14 13:8
14:14 16:18 23:6
34:3 48:2 71:9 76:5
**greensboro** 2:2 3:7
5:10
**grew** 8:21
**ground** 6:7
**grounds** 2:20
**growing** 9:6 99:7
**guess** 7:12 14:12
16:16 17:6 19:21
38:18,21 39:21
45:23 52:18,19
63:12 66:13 67:19
68:4 79:13 80:7
84:20
**guilty** 47:6 48:4,7
49:1
**gun** 42:19,22 43:3
43:7 44:3 62:21
63:8,16
**gunshot** 101:19
**gunshots** 79:14
**guy** 19:19 53:5
61:12,19 62:3

**h**

**hair** 69:18 71:2
**hairdresser** 10:15
19:19 59:21 90:17
**hale** 37:4,9
**hall** 44:8
**halt** 104:17

hand 24:6
handle 83:8
handled 35:18
63:22
happened 12:2,5
13:7 19:8,9 20:10
36:22 38:23 39:23
45:22 52:15 53:4
56:2 68:9 80:10
101:13 102:11
103:6,13
happy 56:17,21,23
57:3
harassment 48:11
hard 102:17,20,21
harm 23:8 32:3
harmed 30:7
hassinger 3:19
hate 52:12
head 6:13 29:7
84:21 100:22
101:18
health 66:6,22
91:18,19
heard 11:12 27:16
31:19 66:16 101:19
hearing 105:12
held 72:12 89:19
helmsing 3:12
help 6:7 18:1 34:10
55:1 85:11,12 87:6
helped 13:17 20:3,4
20:8
helpful 87:19
helps 7:1 85:22
herlong 3:12
high 15:18
hinch 1:22 5:1
105:20
hit 10:12 23:16
24:5,6,7 25:7 26:9

29:7
hobby 44:6
hold 69:16
hollered 66:7
hollering 67:4
home 11:19 21:5
33:3,21 65:2 66:6
66:22 69:20 75:5,6
91:1,14,17 102:4
honeycutt 30:21
hopefully 104:3
hospital 91:9,11
101:22
hour 83:10
hours 102:6
house 13:13,15,22
15:13,22 16:3,10
16:13,14 18:3 20:5
20:6 21:8,20 22:2
24:18 25:3,13,14
25:17 26:1,10
28:12 29:3 32:23
33:20 39:16 42:20
43:2 45:16,19,23
53:14,16 54:23
59:18,23 66:5,17
66:18,19 67:13
71:5 76:2,7,18 77:3
77:17 78:3 80:2,3
80:11 84:20,23
86:22 87:3 89:5,8
89:12 90:2,10 94:3
98:3 99:1 101:8
huh 6:13,14 18:19
20:7 22:7,22 24:15
26:12 30:3 31:5
33:15 35:5,9 36:23
46:2 49:2,22 54:11
60:9 77:18 91:20
91:23 100:7

hunting 98:4
hurt 27:22,23
husband 8:9 10:17
14:13 17:12 21:22
29:19,20 30:2 35:1
35:18 37:2,10
39:10 41:15 42:22
43:13 44:4,5 46:4
52:2 63:4 64:1,2
74:1,8 81:23 82:12
82:13,21 83:9
89:17 91:21 96:21
97:22 98:3,5,10,11
99:23 103:17
husband's 35:4

**i**

idea 17:10,18 18:7
27:15 39:12 49:13
67:6,15
identification
34:15 47:11,21
48:16 50:5 51:4,12
75:4,13,21 76:14
77:1,13 80:20
identified 64:7,18
iii 3:10
impossible 104:13
incident 13:7,8,19
17:13 20:10 25:1,9
25:13,16 26:9
27:17 32:1 38:16
38:19 39:2,11,13
39:13 41:11,19,23
42:17 43:3 44:3
45:11,12 46:17
48:11 49:4 82:22
incidents 27:22
30:6
index 4:7
indicated 40:15

indicates 40:8 70:5
indication 46:5
influence 98:18
information 7:14
45:20 51:16 52:20
56:5,12 63:4,15
65:4 68:9 73:12
84:4 103:9
initially 8:14 37:2
47:5
inspected 16:3
insurance 71:13
72:1,4
interested 61:18
92:14,16 105:17
interesting 83:13
83:21
interviewed 79:7
introduced 93:23
95:3
invest 16:14
invested 72:8
investment 16:15
involved 35:17
47:13 79:14 86:10
ironic 14:18
irrelevant 67:17
issue 27:7
issues 19:20 27:6
54:14

**j**

jack 19:21
january 22:5 31:22
38:6,17 45:22
55:17 56:16 67:1
jealous 61:9 62:1
jenkins 2:2 5:9
jeremies 69:13 71:6
jeremy 69:2,3,10
69:11,12,14 103:16

**jo** 99:21
**job** 10:16 16:9
26:16 92:19,22
**jobs** 90:20
**john** 3:4,6 82:5
83:10 103:21
**johnson** 69:3,10
**jr** 92:2
**july** 2:4 5:8 25:2,9
27:21 35:7 36:11
38:20,23 39:11,12
41:19 42:17 46:16
48:11 49:4 56:16
**junior** 15:18
**justice** 29:23 91:22
92:15

**k**

**kaci** 11:8 12:17
13:9 15:14,15,16
23:7 32:4 38:1 46:1
51:22 62:22 65:2
71:23 78:1 86:23
101:8
**kaci's** 21:22 32:9
102:18
**karen** 1:22 5:1
105:20
**kayla** 11:8 12:17,19
32:4,12,18 33:3
72:13 78:2,9,19,22
78:22 79:1,7 86:23
99:16 103:15,18
**kd** 1:11
**keenan** 32:19 33:9
34:1,10 97:21,23
98:3,12 99:20
100:20,21
**keenan's** 52:6
**keep** 7:1 60:21
**ken** 6:1 74:4,12

**kept** 19:11 28:12
44:9 102:2
**kids** 11:16 17:4,9
21:4,8 42:12 52:8
53:13 60:22 70:3
102:13
**kill** 62:22
**killed** 13:8 21:23
22:11 28:10 29:12
43:7 51:22 55:23
61:3 66:11
**kin** 105:15
**kind** 12:4 13:9
19:14,21 27:7 29:6
36:20 45:13 46:4
49:11 50:7 52:21
55:6 60:11 72:1
85:15 86:1 91:7
104:16
**kinney** 3:17 4:4
81:9,13,15 82:4
104:7,21
**knew** 12:1 21:2
28:7,22 29:4 30:19
36:14 47:1 49:14
59:12 63:19 67:16
76:9 79:9,10,11
80:1,3 99:7,10
101:6
**knocked** 101:20
**know** 7:3,5,9,15
13:22 14:15,23
15:3 16:8 17:14
18:1,4,16 19:8,18
20:9,20,22,22
21:13 24:1,11,13
25:10 26:21,22
27:4,5,9,14,21
28:18 30:6,10
31:21 34:12 35:12
36:6,11,17,17,18

38:12 39:1,9,20,22
40:18,22 41:6,10
41:14,17 42:11,21
42:22 43:5,6,19
46:8 47:16,18
48:19 49:7,8,10,16
49:19 51:22 52:10
52:14,15,16 53:18
54:3 55:13 56:12
56:12,13,20 57:10
58:2,5 60:6,12
61:22 62:4,10,13
63:2,6,9,11,18,21
66:1,6 67:7,14,17
67:21,22 68:3 69:4
69:23 71:6,18
72:20,23 73:11,17
74:8,10,13 78:5,14
78:16 79:1,4,15,21
80:4,12 81:4 82:2
83:11,12,23 84:3,3
84:9,15 85:1 86:6
86:10,14,19 87:13
87:21 88:9,10,20
90:3,8,9 92:17
93:16,23 94:7,9,11
94:13 98:8,9 99:3,5
99:8 100:4 101:12
102:1,11,16,22,22
103:1,4,4,5,7,11,14
103:16,20
**knowing** 55:7
**knowledge** 16:17
31:16 63:15 71:10
**knows** 52:1 98:20
**kramer** 54:9 65:11

**l**

**l** 1:17
**lady** 80:1 102:12
**laid** 92:7

**large** 2:1 5:3 14:4
**late** 21:3
**law** 2:1 3:5,11,18
5:8 96:22 97:5
**laws** 2:12
**lawsuit** 81:16 93:10
93:13
**lawsuits** 64:4
**leach** 3:12
**leading** 2:18 31:21
34:3
**learn** 39:22 56:14
**learned** 52:15 80:9
80:15
**leave** 15:7
**led** 52:20
**left** 44:19 54:6
**legal** 86:6
**legally** 41:2
**lester** 94:5
**license** 26:18 27:4
**licensed** 1:22 5:1
**life** 8:23 9:4,6 13:3
18:5 71:13,20 72:1
72:3
**lights** 58:13
**liked** 44:7 85:11
92:18
**likewise** 104:15
**line** 14:15
**lines** 29:1
**little** 7:13,18 13:18
13:23 38:19 51:1
64:22 65:15 78:22
89:15
**live** 10:2 12:7 22:14
33:18
**lived** 7:22 8:1,22
9:3 10:3 11:20
13:12 14:17 15:11
19:13 21:5,6 31:3

32:21,23 33:2,5
53:6,7 62:12 74:18
75:6 76:5 77:3,6
79:22 80:2 90:20
99:6
**lives** 22:15
**living** 7:19 13:9
34:8 44:11 78:2
**loan** 90:5
**local** 44:14
**location** 14:2,3
33:19 59:21 75:9
77:16
**locked** 31:1
**long** 7:3,6,22 13:15
17:17 18:12 19:6
33:5,22 60:6 61:23
92:11
**longer** 13:20 94:16
**look** 18:7 43:20
**looked** 16:13 32:6,9
43:21
**looking** 16:4,17
28:14 37:1 80:2
**looks** 37:2,7,8 38:3
48:2 51:15 72:15
72:19
**loop** 10:4 32:20
**lose** 23:18 26:16
**lost** 14:19 88:5,7
**lot** 14:5,8 15:9,10
17:3,5 18:2 26:19
26:23 29:21 34:6
40:23 45:20 54:1
102:8 103:16
**lots** 43:15 70:13
**loved** 11:23

**m**

**ma'am** 84:8
**maiden** 70:12 99:5

**management** 49:6
49:12,16 50:11,12
50:15 51:7,17
**map** 4:17,18 74:22
**march** 37:16,19
50:18
**marjean** 28:3,4
29:2 32:19 33:7
34:1 52:6 61:3 79:6
94:17 98:1 99:21
100:3
**marjean's** 33:2
45:16,19 94:2 97:8
**mark** 47:3 77:9
80:21
**marked** 4:8 34:14
34:16 35:23 47:10
47:20 48:15 50:4
51:3,11 75:3,12,20
76:13,23 77:12
80:19,23
**market** 13:13,16
14:3 20:6 21:9 75:8
75:16 76:2 77:16
78:3 89:5
**marking** 74:21
**marriage** 88:19
**married** 9:10,14
10:1,3,14,21,22
11:3 30:22 33:1
88:13 94:16
**marry** 9:11
**matched** 102:7
**materials** 73:5
**matter** 67:16
**mayor** 93:22,23
**mcculley** 3:4,6
12:14 64:11 104:2
104:19
**mean** 17:3 19:20
34:22 35:2 36:6

44:23 56:16 61:13
61:13 63:23 66:18
86:7 88:9 102:22
103:5
**meant** 15:19 16:11
80:21 101:4
**meet** 60:19 86:17
**members** 102:9
**memories** 15:9
**memorized** 43:19
57:22
**mentioned** 9:19
15:16 17:11 28:23
31:17 36:7 49:14
59:16,20 64:21
68:14 77:6 85:4
96:20
**mentioning** 64:17
**mercedes** 11:17
**message** 70:9
**messages** 56:9
70:17
**messed** 16:1
**met** 10:9 14:16,23
60:23 80:5 86:21
**metlife** 71:18
**michelle** 54:9,11,12
54:13 55:10 56:10
65:11,23 66:4,16
66:21 67:9,23
**michelle's** 66:17,19
**middle** 79:15 99:23
**mile** 19:13 77:7
**miles** 77:20
**million** 71:22
**mind** 18:8
**minute** 12:12,18
13:21
**missing** 28:13
**mitchell** 1:8 8:6
9:12 10:2 11:9 13:2

37:23 38:1 75:6
94:4,12 99:17
**mitchell's** 98:21
**mitchells** 94:12
**mobile** 3:15
**money** 92:17
**money's** 72:12
**montclair** 3:20
**morning** 6:8 55:21
55:22 67:1,3,13
79:5
**mortgage** 89:20
**mother** 8:6 33:11
78:6 87:7 98:21
99:6
**mother's** 87:10
**mothers** 70:4
**motor** 11:13
**motorcycle** 11:21
12:4
**moundville** 8:2
10:6,8,18 11:2
12:23 13:10 22:3
31:12 36:13 42:18
44:2 45:3 57:7
59:22 60:3 68:15
68:16,18 73:6,7
76:20 81:16 90:20
90:21 93:17 96:4,7
96:12 97:2 99:9
102:13
**move** 13:17 15:6,17
20:4,4,8
**moved** 10:13,20
13:12 23:15 75:8
**moving** 14:2 15:16
61:20
**mu** 1:11
**municipality** 35:14
**murder** 82:22
95:23 96:18

muscle 29:6

**n**

n 1:17 3:1 4:1
name 5:21,23 28:6
  30:23 33:14 53:23
  54:9 57:2 60:17
  62:2 67:4 69:5,21
  69:23 70:12 78:10
  80:4 81:14 83:6
  87:1,16 91:16 99:5
names 62:6 69:5
  93:3 96:15
navy 92:10,12
necessarily 38:13
necessary 2:16
  82:5
need 7:8 19:17
  43:19
needed 39:8 45:12
  85:12 86:5
neighbor 53:9
  98:22
neighbors 79:22
  80:10
neither 105:15
never 7:5 18:23
  23:9,23 24:16,21
  24:23 45:9,13 80:5
  85:13,15 97:4,17
new 22:2 62:15
newman 3:13
news 98:17
newspaper 43:10
nice 14:7
niece 22:10,12 69:7
night 29:3 39:23
  40:9,13 41:8 42:20
  45:17,18,21 46:3
  51:23 52:14 54:4
  54:18 55:16,19
  56:15 58:12 66:11

68:10,19,20 79:15
nine 78:21
nodding 6:13
  100:22
north 84:21
northern 1:3
notary 1:23 5:2
note 43:20
notes 43:14,15
  63:19 73:23 74:1
  81:22 82:12,14,18
  82:20 83:12,14
  104:1,12
notice 4:23 80:21
  81:5
number 34:13 47:9
  47:19 48:14 50:3
  51:2,10 64:4,6,10
  75:2,11,19 76:12
  76:22 77:11 80:18
nurse 66:7,22 91:4
  91:7,8,8
nursing 91:14,17

**o**

o 1:17 3:10
objection 104:20
objections 2:17,20
observed 34:3
obsessed 57:11
obviously 80:7
occasion 87:3
occasions 59:16
  96:21
occurred 25:2
  38:17 41:11,13
  51:23 52:14 65:7
  65:13 67:7
occurring 52:23
odd 19:14
offered 2:22

office 3:14 44:19,20
  83:5
officer 50:18
officers 96:11,22
offices 2:1 5:8
oh 37:18 40:10
  73:15
okay 6:6 7:10 8:4,8
  8:19 9:3,13,16 10:1
  10:20 11:11 12:15
  12:21 13:19 18:13
  21:18 22:17 31:11
  31:18 33:13,18
  36:19 37:15 38:10
  40:4,10,13 41:13
  41:21 45:1 47:22
  50:6,21 51:9,20
  52:7,16 54:12
  55:20 56:1 59:11
  62:7,20 64:3 66:20
  69:8 71:23 72:12
  73:3 76:15 77:5
  79:18,21 81:7,11
  83:21 84:15 85:7
  85:10,17 86:8,11
  86:13 87:2 88:3,15
  89:2,4,19,23 90:9
  90:23 91:5,9,16
  92:11 93:2,5,21
  94:10,21 95:11,13
  95:21 97:4,11
  98:10 99:11,19
  100:1,4,10,13
  101:17
old 12:19 17:9
  78:16,19 86:19
  100:4
older 15:15 78:22
  88:23 89:2
once 11:3 22:21

open 67:23
operating 12:3
opportunity 104:9
oral 5:13
order 4:11 47:4
  50:7
oriented 74:16
original 9:2
originally 10:18
outcome 46:22
outside 66:8 91:1
overheard 39:6

**p**

p 1:17 3:1,1
p.c. 3:6,13,19
p.m. 40:9 104:22
pad 82:15
pads 43:14,20
page 4:2 46:1
paid 72:5,7 90:14
paige 1:7 8:6,19
  12:22 13:8 15:18
  15:22 18:21 22:17
  23:11 24:12 25:3
  26:8 27:18 28:8
  30:9 32:1,20 34:10
  37:23 38:21 45:18
  46:19 47:16 51:21
  52:22 53:10,15,16
  54:13,23 55:5 57:9
  58:9 61:15,17
  62:22 65:2,19,20
  66:11 68:15 71:3
  71:13 72:5 74:18
  78:1 79:23 80:3
  84:13 85:4,7 87:5
  89:4 90:16 95:16
  95:23 101:7 102:18
  103:1
paige's 8:12 31:2
  32:8 45:23 56:7,15

65:19 66:18 71:5
96:18 99:22
**painting**  28:11
**panama**  10:9
**paper**  7:2 24:19
25:23 26:3 34:21
**paperwork**  8:9
16:2,5
**parents**  33:10
87:10
**parked**  39:19 58:23
**parnell**  22:13 69:2
69:6
**part**  35:17 46:14
48:18 49:5 50:19
81:2 89:8 91:14
92:9
**participated**  85:14
**parties**  1:19 2:19
105:16
**passed**  8:17 11:12
12:21 14:13 17:12
37:15 72:6 101:15
**payne**  22:15
**peggy**  69:2,8 71:2
**people**  16:8 20:8
31:8 42:23 44:19
46:11 64:4,6 85:12
85:12 97:9 102:9
**period**  56:18
**perry**  33:21,22
52:5 99:15,15,17
100:4,10,18
**perry's**  103:16
**person**  86:3,5
**personal**  1:5 8:14
37:3,11,22 83:15
**personally**  44:1
45:2 93:18
**phelps**  2:1 5:9

**phone**  31:1,2 56:6
56:7,15 57:13,15
57:23 58:18 65:16
65:19,19,20 68:23
70:6,7 104:1
**photo**  4:20,21,22
**photos**  4:19 75:23
76:17
**picked**  29:5
**picture**  77:3
**pictures**  74:15
**piece**  24:19 25:23
26:3 34:21
**place**  13:12 33:21
70:1 75:5,6
**places**  19:12
**plaintiffs**  1:10 3:3
**plant**  9:1 44:17,20
92:8,23
**plea**  4:12 48:1,18
**please**  5:21 82:7
83:20
**pled**  47:6 48:3,6
49:1
**point**  7:8 9:10
11:13 14:12 18:22
20:18 21:13 42:19
44:2 54:21 60:8,23
62:16 67:21 77:20
81:10 104:19
**police**  23:15 24:1
24:10,20 29:14,19
39:8 40:8,14 41:17
42:17,23 45:5,15
63:7 83:5 96:6,8,11
101:9,18
**policies**  96:3,8
**policy**  71:19,20
72:4
**politics**  102:4

**porch**  57:12 58:11
58:13,20 80:6
101:20
**porter**  3:19,19
**possibility**  27:10
**possible**  82:8
**post**  3:14
**potentially**  46:6
**powers**  10:4 32:20
**preacher**  68:22
102:17,18
**preface**  52:19
**pretty**  9:4
**print**  105:9
**prior**  2:22 60:8
**probably**  15:14
19:7 21:12,12
30:23 33:8 38:12
90:11 103:22
**probate**  37:4,9
**problem**  27:1 28:22
85:16
**problems**  26:19
27:1
**procedure**  5:6
**procedures**  96:3,8
**proceedings**  5:14
**produce**  73:4,17
83:19
**produced**  104:18
**profession**  90:17
**program**  50:10
51:7 85:14,22
**progressed**  62:16
**property**  13:2
**provide**  82:7
**provided**  5:5
**public**  1:23 5:2
**pulled**  26:18
**purpose**  83:23

**pursue**  92:19
**pursuing**  92:1
**put**  17:17
**putting**  35:22

**q**

**question**  6:23 15:4
16:19 70:23 80:8
81:1
**questions**  2:18,19
6:9 63:10 64:5 79:8
81:9,17 97:14
101:1 105:7
**quit**  60:7
**quite**  66:13

**r**

**r**  3:1,17 105:1
**ray**  1:5,14,21 5:12
5:16,22,23 8:10
81:14 82:6 90:23
97:14 100:23
104:11,21
**read**  6:16 36:1
**reading**  2:8
**ready**  15:22 28:11
56:19 61:21
**real**  16:6 54:8
**really**  14:4,7 16:5
16:23 17:10,18,19
19:20 20:22 25:10
26:15 27:9,15
28:16 29:19 33:6
34:5 35:17 40:5,21
41:1 61:13 62:15
67:16 73:18,20
80:23 81:17 83:8
85:17 86:10 87:5
102:22,23 103:3
**reason**  7:9 14:1
43:8 53:17 85:17
87:15,20

**reasons** 15:8 86:6
**recall** 98:11
**receipt** 51:16
**receive** 104:11
**received** 73:6
**reception** 95:5
**recess** 64:15
**recharacterize** 98:15
**reconvene** 104:4
**record** 23:14 81:2 81:21 104:16
**recording** 57:12,15 57:17,21 58:8,9,15 58:16,22
**recordings** 58:1,5
**records** 90:4
**redirect** 4:5 101:2
**reduced** 105:8
**reevaluate** 104:17
**reference** 38:11
**referral** 50:10,18
**referring** 49:21 50:9
**refusing** 86:4
**regard** 74:4
**registered** 91:8
**regular** 20:12
**rehab** 17:20 84:10 84:16 85:8 91:13 91:18,19
**rehabilitation** 85:21
**relate** 49:10
**related** 41:18,22 47:4 73:7,13 82:22 94:7 103:10
**relating** 2:12
**relation** 100:5
**relationship** 15:3 16:18 19:2

**relative** 94:4
**relay** 42:4
**relaying** 98:11
**remarry** 18:22 88:7
**remember** 6:12 9:13 12:9 16:20,22 17:1,2,8 18:9 21:14 23:19 24:2,8,22 26:1 29:9 30:16 33:6 34:21 36:5 40:5,11 42:7 43:5 43:11 45:10 47:2 57:2,20 58:7,11 60:18 62:2,5 65:18 70:16,23 71:6,7,16 71:21 73:20,22 78:11,12,15 83:6 87:1,15 88:20 90:4 94:1,3 95:7 96:14 97:10,12 99:6 102:14
**remind** 23:2
**rent** 90:14
**repeat** 98:13
**report** 24:10,16 29:8,14 40:8,14 41:18
**reporter** 1:23 5:2 6:11
**repossess** 89:13,18
**represent** 6:1 81:15
**representative** 1:6 8:15 37:3,11,22
**represents** 105:10
**reputation** 98:20
**request** 73:3 82:3
**requirements** 50:17
**reserve** 104:4

**respective** 1:20
**responded** 42:18
**response** 6:14
**responses** 64:7,19 68:14
**responsible** 86:3
**responsive** 73:18
**rest** 70:22
**result** 49:4 105:17
**retire** 93:6
**retired** 29:21 44:7 44:12,16 91:12,12 92:5
**returned** 43:3 62:23
**reviewing** 36:2
**rick** 64:21
**rickey** 53:5,11 54:7 54:14,15 55:10,11 55:12 62:11 66:2 68:8
**rickey's** 53:14 54:23
**ride** 60:5 76:8
**right** 7:20 8:16 9:22 11:2,5,9 13:1 16:16 25:20 26:13 31:15 32:6,10 37:12,13,19 39:17 46:19 51:21 60:6 62:18,19 64:3 70:1 75:10 80:3 91:12 94:6 95:4 99:11 103:23 104:5
**rip** 90:15
**river** 61:16
**rn** 91:8
**road** 3:20 10:4,5 12:2,7 14:2,17,20 14:21,22 19:13 21:6,6,7 32:20 53:8

68:6 75:1
**robertson** 6:1 74:5
**roddenberry** 69:4 69:22
**ron** 99:4
**ronnie** 94:12,14 98:21 99:21 100:2
**ronnie's** 94:16 99:5
**room** 103:17
**rouse** 3:13
**rules** 2:12 5:5 6:7
**run** 19:15 74:19
**running** 19:11
**rural** 90:5

**s**

**s** 1:17,17 3:1
**safe** 14:10
**safer** 16:15
**safety** 60:20
**salon** 70:2
**saturday** 29:3,11
**saw** 9:20 11:11 22:1,4 23:9 50:22 58:23 65:1 103:15
**saying** 6:13 29:2 45:8
**says** 9:2 40:9 50:15 68:23 73:16
**school** 15:18 71:3
**second** 15:23 76:19 76:19 77:17
**secretary** 44:8,13
**see** 12:11 19:6 20:2 20:16,23 22:8 23:5 23:7 24:19 32:22 37:7,10 38:5 45:17 47:7 48:4,5 50:14 50:19 52:16 56:19 58:14 60:12 70:11 80:5 81:7 84:22 87:18 97:8,12

98:18 99:4 101:5
**seeing** 16:21 17:15
19:10,12 20:11,12
87:12 88:12
**seen** 24:16 29:16
34:9,19,20 39:15
48:19,20,21 81:4
**self** 21:9
**sell** 15:21 89:11
**send** 64:4
**sent** 36:12 73:5,13
73:14 81:5
**sentencing** 49:5
**sentiment** 98:16
**september** 47:7
48:3 62:23 63:17
**sequence** 103:13
**series** 75:22
**service** 11:22 68:20
102:19,19
**sessions** 51:6
**set** 47:6 51:5 55:6
**setting** 48:23
**setup** 53:20
**she'd** 13:22
**sheriff** 97:7
**sheriff's** 97:5
**shock** 102:15
**shooting** 67:14
**shop** 60:3
**short** 64:15
**shortly** 96:18
**shot** 46:1 101:7,9
101:17 102:12
**show** 34:16 38:5
47:22 50:6,23
59:17 63:15 65:22
76:15 77:9
**showed** 47:16 61:7
70:6

**showing** 70:8
**shows** 36:10 47:5
65:16 69:1 76:17
77:15,19
**side** 79:22 80:3,11
**sides** 64:6
**signature** 2:8 35:3
35:4 36:8 105:20
**signed** 35:1,8 36:10
**sill** 60:12
**similar** 87:16
**sing** 95:9,17
**sister** 32:13 87:23
**sit** 31:18 44:22 45:1
63:14
**situation** 25:9
38:15 48:18 49:17
55:1 59:8 73:8
101:23
**six** 7:23 11:16
**sixty** 7:23
**small** 17:4 19:16
72:16,17
**smaller** 14:9
**smart** 19:19
**sold** 13:13 75:7
**somebody** 31:19
52:3 57:7 85:20
86:7
**somebody's** 18:5
**soon** 82:8
**sorry** 8:22 10:5
50:2 70:21 93:20
95:14
**sort** 6:7 24:10
29:13 81:18 93:5
**sound** 32:10 37:13
94:5
**sounded** 95:2
**sounds** 26:8 35:16
54:21 55:5 62:14

67:11 94:6
**southern** 1:2
**speak** 28:19 96:10
**speaking** 95:1
**special** 90:5
**specific** 42:7 45:12
51:1
**speculation** 56:3
**spend** 20:1 61:16
**spent** 22:3
**spoke** 45:14 99:23
**spoken** 96:21
**sponsor** 17:23 85:5
85:19 86:1,12
**spot** 64:12
**spouse** 88:5,8,17
**spouses** 14:19
**stagg** 69:3,15
**stalking** 57:14
59:14,15
**standing** 58:20
101:20
**start** 7:12 61:21
**started** 6:8 7:6
14:13 16:21 60:15
81:20 91:13
**state** 1:23 5:2 92:2
105:3
**statement** 4:10
34:18 35:15,22
73:9
**states** 1:1
**status** 72:3
**stay** 12:23 15:19
**stayed** 10:22 13:1,4
**steel** 44:14,17,20
92:7,23
**stenotype** 105:7
**step** 85:14
**stepfather** 33:12
97:23

**stepsisters** 88:2,4
88:16
**stipulated** 1:18 2:7
2:15
**stipulation** 5:6
**stored** 43:16
**story** 88:21
**straight** 94:22
**straightened** 16:5
**street** 11:20 12:6
13:14,16 14:3 20:6
21:9 53:7 75:9,16
76:2,19 77:16 78:3
79:23 80:13 89:5
**stuff** 11:23 18:2
26:5 34:7 35:3
45:16 60:4 104:14
**submit** 35:15
**submitted** 37:8
**substance** 27:5
**successfully** 50:16
**successor** 37:22
**sue** 35:14
**suite** 3:7,20
**summer** 21:13,16
**supervision** 105:9
**supplement** 81:18
**supposed** 22:7,10
23:23 71:4
**sure** 6:22 12:15
21:4 25:15,20
35:21 36:4 42:6
47:1 53:21 56:22
63:19 64:13 67:5
73:19 84:6 85:13
95:12 100:9 104:2
**surprised** 46:11
99:14 100:11,12,19
**suspend** 103:22
**swap** 70:15

swing  84:22
sworn  5:17
sylvia  1:5,14,21
 5:12,16,22

**t**

t  1:17,17 105:1,1
take  6:2,15 7:8
 61:15 64:14 82:12
 82:14,18 83:12,14
 93:19 95:10
taken  1:22 101:22
 105:6
talk  6:21 16:6 19:4
 28:15 31:9 34:6
 38:13,14,15,19
 41:1,21 44:1 53:14
 54:3,4 60:16 65:21
 66:2 68:1 71:3 83:5
 83:9 95:22 98:4
 103:19 104:10,14
talked  10:14 21:13
 24:2,21 27:20
 28:13,20 29:19
 32:8 35:2 39:3
 41:14 42:23 53:10
 53:10 56:11 60:19
 63:7 64:9,20,22,23
 65:12 73:9 74:17
 83:10,11 95:6
 97:21 98:2 103:18
talking  13:20 17:13
 40:19 53:11 54:13
 57:13,18 58:14,17
 58:21 59:5 60:15
 66:12
task  84:1
telephone  69:1
 70:8
tell  5:21 11:15 15:2
 23:12 27:11 28:2
 30:11 34:2 36:17

39:1 43:2,10,12
 48:20 52:13 53:3
 56:11 65:15 78:5
 78:13 83:13 89:1
telling  26:4
temporarily  104:17
ten  17:15 78:18
terms  49:1 54:6
 58:8 72:5 74:18
testified  5:18 97:16
 99:12
testify  23:23
text  54:1,5 56:9
 60:16 65:23 70:9
 70:17
thank  51:20 104:21
thanksgiving  60:21
thereto  2:23 105:8
thing  14:18 25:5,7
 25:14 29:7 41:4
 42:7,10,13 65:16
 84:13 86:9 102:12
 103:22 104:8
things  7:6,14,16
 10:16 23:10,13
 24:17 36:19,21
 39:5 44:9 56:21
 74:18 83:3 84:7
 98:14 104:18
think  7:4 9:20
 13:22 14:6 17:9,12
 18:15 20:20 24:9
 24:20 25:11,13
 26:3,14 27:10
 28:15 29:13 30:22
 31:21 35:1 45:18
 48:22 49:10 51:1
 52:4 53:22 54:1
 55:9,10 57:11
 58:23 59:1,2 61:12
 61:23 64:16 66:2

69:11,16,17,20
 70:1,10,14 76:18
 78:18 87:1,5 88:11
 88:12,13,15,18
 90:1,18 97:7,13
 98:6 100:23 103:21
 104:5
thinking  21:15
 40:6,16
third  48:10 99:23
thomas  3:10
thought  13:4 14:11
 16:14 55:6,9,10
 67:2 89:17 98:17
thousand  72:18
threaten  32:4
threatened  27:23
 30:7
threats  23:8 59:9
three  28:10 49:9
 50:6 78:6
thursday  29:12
 45:18 67:1
tiffany  22:13 69:2,6
 71:4
time  2:21,21 14:15
 15:21,23 17:17,22
 18:12 19:6 20:1,2,2
 20:10,13 21:11
 22:4,20 23:4 33:22
 37:12 40:5 43:21
 51:21,22 57:8
 58:12 60:23 61:16
 61:23 65:1 66:6
 67:6 70:8,20 74:13
 74:14 78:8,20
 79:11,23 83:10
 88:11 90:12 91:15
 93:1,22 96:17
 103:3

times  15:12,20 19:3
 19:6 23:5 28:9,10
 40:23 53:10 63:8
 65:22 78:7 93:4
today  6:3 17:13
 31:18 45:1 63:14
 81:6 104:6
told  18:2 19:4
 23:10 27:8,11
 29:15 30:8,11,13
 35:2 36:3,4 39:4,7
 42:5,15 45:19
 53:23 56:22 59:13
 60:17,17 65:17
 66:4 67:9 79:7,10
 84:18 88:20 95:7
 97:20 100:10 102:1
tom  5:23
tony  94:5,6 95:3,16
 95:22
tony's  95:20,21
tooth  23:18
top  50:19
tore  61:14
town  19:16 20:17
 60:12 62:12 90:13
 102:3,21
trades  19:21
trailer  14:7 33:2,4
transcript  105:11
treasurer  44:13
treasury  44:8
trial  2:21 47:6
tried  15:12,20 17:9
 87:6 92:20
trouble  26:15
 89:16
truck  59:2
true  67:20 105:10
try  6:20,21,23
 16:19 55:1 82:7,10

**trying** 17:16 18:1
26:19 39:22 52:17
57:8 94:21
**tuesday** 61:2
**tuscaloosa** 2:3 3:8
5:10 11:2
**two** 11:7,16 12:19
15:12,20 17:16
19:7,8,8 20:9 30:18
42:12 43:23 53:4
57:6 60:10 77:21
88:2 99:22
**type** 86:9

**u**

**u** 1:17
**uh** 6:13,14 18:19
20:7 22:7,22 24:15
26:12 30:3 31:5
33:15 35:5,9 36:23
46:2 49:2,22 54:11
60:9 77:18 91:20
91:23 100:7
**understand** 7:19
8:4,8 9:9 13:6
26:17 40:3 46:17
71:12 86:5 88:1
95:13 101:15
**understanding**
20:17 39:14 55:15
77:22 85:20 101:7
101:10 103:12
**undertake** 84:1
**unfortunately** 63:9
104:10
**union** 44:8,14,14
**united** 1:1
**upkeep** 14:5,9
**upset** 39:4 40:21
41:15 59:6 102:8
**use** 74:16 83:15

**v**

**vacant** 80:12
**vehicle** 11:13 59:1
**verbal** 6:14
**verify** 84:6
**video** 58:15,16,22
**views** 77:15
**violence** 48:10
**visit** 20:1 21:19
22:18 86:9 87:2
**visitation** 95:3
**visited** 18:4
**visiting** 11:23
**vs** 1:12

**w**

**wachovia** 16:1,7
90:1
**wait** 12:11,18 13:21
37:18
**waited** 16:12
**waived** 2:9
**wake** 95:2
**waked** 79:15
**walk** 79:9
**want** 7:12,17 13:3
15:7,17 28:16
30:12 38:5,13,16
38:18 64:8,14
65:21 74:16,19
92:21 95:10 103:3
103:6,11 104:8
**wanted** 14:6,9 15:6
16:13 28:15 38:10
43:10 71:2,3 81:2
98:8 103:8,14
**warning** 46:4 97:17
99:13
**warren** 3:17 81:14
**warrior** 85:1

**way** 17:8,18 63:13
63:22
**we've** 32:8 35:23
64:9,19 73:17
**wednesday** 68:19
**weekend** 11:18
22:11 71:5
**weigh** 26:20
**went** 12:7 14:16
17:3,4,20 24:1 25:3
27:20 38:21 39:15
39:23 45:22,23
53:13,14,16 54:23
61:3 66:14 68:3,19
81:21 84:9 101:8
101:21
**wide** 14:6
**wife** 69:19
**wife's** 98:21 99:5
**wish** 28:19 67:15
**witness** 2:9 5:12
31:13 36:2 100:22
105:12
**witnessed** 31:20
79:2
**woman** 15:21
**wondering** 17:6
33:14 52:19 79:13
**word** 102:6
**words** 79:10 98:1
**work** 11:18 15:15
22:9 40:23 60:1
61:4 66:23 90:16
91:1 93:6 96:11
98:8
**worked** 11:17 21:7
59:22 60:3 91:11
93:1
**worker** 44:14
**working** 21:3 29:7
29:20 60:7 91:13

**works** 78:14 93:16
**worry** 30:12
**write** 82:14 83:2,4
84:12
**written** 83:7
**wrong** 79:11
**wrote** 43:15 44:5

**x**

**x** 4:1

**y**

**y'all** 22:18 40:19
52:9 64:7,13 89:11
**y'all's** 62:21 64:19
**yard** 14:4,9 33:2
**yeah** 12:18 15:5
18:15,15 20:3
21:17 25:19 28:1
61:23 68:21 69:14
87:20
**year** 9:17 12:9
13:18,23 17:1,2
18:7 20:9 21:12
44:23 89:15,16
102:11,13
**year's** 22:2
**years** 7:23 12:19
17:15,16 18:14
19:7,9 32:21 33:3
43:23 44:10 60:10
92:13 99:10
**yelling** 67:3
**yellow** 43:14 82:15
**younger** 32:12
100:8

(e) Submission to witness; changes; signing. When
the testimony is fully transcribed the deposition
shall be submitted to the witness for examination
and shall be read to or by the witness, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within thirty (30) days
of its submission to the witness, the officer shall
sign it and state on the record the fact of the
waiver or of the illness or absence of the witness
or the fact of the refusal to sign together with
the reason, if any, given therefor; the deposition
may then be used as fully as though signed unless
on a motion to suppress under Rule 32(d)(4) the

court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

(F) Certification and filing by officer; exhibits; copies; notice of filing.

(1) The officer shall certify on the deposition that the witness was duly sworn by the officer and that the deposition is a true record of the testimony given by the witness. Unless otherwise ordered by the court, the officer shall then securely seal the deposition in an envelope indorsed with the title of the action and marked "Deposition of [here insert name of witness]" and shall promptly file it with the court in which the action is pending or send it by registered or certified mail to the clerk thereof for filing.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.