DC-15-00089

**W A R R A N T**

STATE OF ALABAMA                    HALE COUNTY                    DISTRICT COURT

AGENCY NUMBER: 000150709052        WARRANT NUMBER: WR 2015 000257.00
                                   OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    BRADLEY ELLIOTT GRAY    AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF HALE COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
                      DOM VIO 3RD-HARASSME    CLASS: A   TYPE: M   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 13 DAY OF JULY, 2015.

BOND SET AT: (1)        $6,000.00   BOND TYPE:
             (2)
             (3)

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGES: DOM VIO 3RD-HARASSME  13A-006-132          M  MISDEMEANOR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NAME: BRADLEY ELLIOTT GRAY              ALIAS:
ADDRESS: 619 SECOND AVENUE              ALIAS:
ADDRESS:
CITY: MOUNDVILLE        STATE: AL       ZIP: 35474 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 03/01/1980    RACE: W    SEX: M    HAIR: BRO
EYE: GRN  HEIGHT: 5'08"  WEIGHT: 165
SID: 000000000  SSN: 424115188  DL NUM:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**E X E C U T I O N**

      EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
      ( ✓ )  PLACING DEFENDANT IN THE HALE COUNTY JAIL
      (   )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___13th___ DAY OF ___July___

                          SHERIFF _____

                          BY  J. Mays  165 M.P.D

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMPLAINANT:  LAMARCUS MAYES
              MOUNDVILLE PD OFFICER

              MOUNDVILLE  AL  35474          STATE OF ALABAMA
                                             HALE COUNTY
OPERATOR: SHJ        DATE: 07/13/2015

I, Catrinna Long Perry, Clerk of the Circuit Court and Clerk of the District Court of Hale County, Alabama, do hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in said Court. Witness my hand and seal of said Court this the ___19th___ day of ___November___, 20 20

Catrinna Long Perry, Clerk
Hale County, Alabama

ALABAMA JUDICIAL INFORMATION SYSTEM

\* \* \* IN THE DISTRICT COURT OF HALE COUNTY \* \* \*

AGENCY NUMBER: 000150709052        WARRANT NUMBER: WR 2015 000257.00
                                   OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF HALE COUNTY, ALABAMA, PERSONALLY APPEARED LAMARCUS MAYES WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT BRADLEY ELLIOTT GRAY DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

ON OR ABOUT JULY 9, 2015 COMMIT THE CRIME OF HARASSMENT (SECTION 13A-011-008(A), CODE OF ALABAMA 1975) WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, TO-WIT: PAIGE MITCHELL :
( )    STRIKE, SHOVE, KICK OR OTHERWISE TOUCH ANOTHER PERSON, TO-WIT:
       _____, OR SUBJECT THEM TO PHYSICAL
       CONTACT, TO -WIT:_____
                                                     , OR
( )    DIRECT ABUSIVE OR OBSCENE LANGUAGE OR MAKE AN OBSCENE GESTURE,
       TO-WIT:_____ , OR
       TOWARD ANOTHER PERSON, TO-WIT:
( X )  DIRECT A THREAT, VERBAL OR NONVERBAL, TO-WIT: A VERBAL THREAT
                   WITH THE INTENT TO CARRY OUT THE THREAT,
       TOWARD ANOTHER PERSON, TO-WIT:  PAIGE MITCHELL
       A REASONABLE PERSON AND TARGET OF THE THREAT, CAUSING HIM/HER TO
       FEAR FOR THEIR SAFETY
WITH THE VICTIM BEING A CURRENT OR FORMER SPOUSE, PARENT, CHILD, A PERSON WITH WHOM HE/SHE HAS A CHILD IN COMMON, A PRESENT OR FORMER HOUSEHOLD MEMBER, OR A PERSON WHOM HE/SHE HAS OR HAD A DATING RELATIONSHIP, IN VIOLATION OF 13A-006-132 OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                   _____
                                   COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 13 DAY OF JULY, 2015.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: DOM VIO 3RD-HARASSME  13A-006-132        M  MISDEMEANOR

WITNESS FOR THE STATE

LAMARCUS MAYES/MOUNDVILLE PD OFFICER/MOUNDVILLE/35474

PAIGE MITCHELL/2410 COUNTY ROAD 44/MOUNDVILLE/35474

OPERATOR: SHJ      DATE: 07/13/2015

JUL 13 2015

**State of Alabama**
Unified Judicial System
Form CR-57 (front) Rev.8/98

**DEPOSITION**

Warrant/Summons Number: WR45-257
Case Number

IN THE **District** COURT OF **Hale**, ALABAMA
(Circuit, District, or Municipal) (Name of Municipality or County)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. **Bradley Elliott Gray**
Defendant

**INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED**

Name of Accused (or Alias): **Bradley Elliott Gray**
Social Security Number: **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** Driver's License Number: Date of Birth: **03/01/80** Age: **35** Race: **W** Sex: **M**
Height: **5'8** Weight: **165** Hair: **Bro** Eyes: **Haz** Complexion: **Light**
Address of Accused (or Alias): **619 Second Ave.** City: **Moundville** State: **AL** Zip Code: **35474**
Name of Employer: **West Alabama Mechanical** Employer's Telephone Number:
Address of Employer: City: **Moundville** State: **AL** Zip Code: **35474**

**INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE**

Offense: **Domestic Violence - Harassment**
Date and Time of Offense: **07/09/15 11:40 p.m.**
Place of Occurrence: **619 Second Ave. Moundville, AL.**
Person Attacked or Property Damaged:
How Attacked:

Was accused under the influence of alcohol or a controlled substance? ☐ Yes ☑ No
Any law enforcement agency contacted? ☑ Yes ☐ No
If yes, which one? **Moundville Police Dept.**
Did Accused Possess or Use a Weapon? ☑ Yes ☐ No Types: **Pistol**

Did you go to the hospital? ☐ Yes ☑ No
Damage Done or Injuries Received: **N/A**
Value of Property:
Details of Offense: **Officer Mayes spoke with the complainant, Ms. Paige, who stated that she came to Mr. Gray residence to get her vehicle and other belongings. An altercation occured and Mr. Gray stated to Ms. Paige, "I will blow you away too." Ms. Paige stated Brad was in possession of a pistol at the time, and had it in a holster. Brad kept saying he was going to harm her. Ms. Paige stated that after the altercation and Brad not letting her get her car, he cranked up his tractor and started to hook the car up with a chain. Ms. Paige stated that he then snapped out of it and went back into the house and layed the pistol down. Ms. Paige was threatened repeatly and harrassed numerous of times. Mr. Gray weapon was recovered and confiscated. Mr. Gray was arrested. Their wife no injuries.**

☐ Check if additional pages are necessary.

STATE OF ALABAMA
HALE COUNTY

I, Corinna Long Perry, **Clerk** of the Circuit Court and Clerk of the District Court of Hale County, Alabama, do hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in said Court.

Given under my hand and seal of said Court this the **19th** day of **November**, 20**20**.

Corinna Long Perry, Clerk
Hale County, Alabama

| Form CR-57 (back)   Rev.8/98 | DEPOSITION |
|---|---|

Any Law Enforcement Agency Contacted? ☐ Yes ☐ No
If yes, which one? _____

I make this statement for the purpose of securing a WARRANT/SUMMONS against the named of accused. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in the proceeding.

Sworn to and Subscribed before me this

13TH day of

JULY 20 15

_____
Judge/Clerk/Magistrate

_____
Complainant

_____
Social Security Number

_____
Address

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MAGISTRATE NOTES

Warrant or Summons issued? ☐ Yes ☐ No       Warrant Number: _____

STATE OF ALABAMA

HALE COUNTY

I, Catrina Lone Perry, Clerk of the Circuit Court and Clerk of the
_____ Court of Hale County, Alabama, do hereby certify that the
foregoing is a true, correct and full copy of the instrument herewith
s_____ as appears of record in said Court.

November ____ of said Court this the 19th day of
20 20

_____
Catrina Lone Perry, Clerk
Hale County, Alabama

JUL 1 3 2015

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| ORI # | 2 Date of Report | 3 Time of Report | 4 | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|
| AL03602 00 | 07 10 15 | 23:48 | ☑ Incident ☑ Offense ☐ Supplement | | 0001 5 07 09 052 | |

Agency Name: Moundville P.D.          9 Sector

10 Type of Incident or Offense: ☐ Felony ☑ Misdemeanor ☐ Attempted ☑ Completed    11 Degree (Circle) 1 2 3    13 State Code/Local Ordinance

DV - Harassment

14 Type of Incident or Offense: ☐ Felony ☐ Misdemeanor ☐ Attempted ☐ Completed    15 Degree (Circle) 1 2 3    17 State Code/Local Ordinance

18 Place of Occurrence: 619 2nd Ave.    ☐ Check here if event occurred at victim's residence

Victim Demographics (Where victim is an individual)
19 Sex: ☑ M ☐ F   20 Race: ☐ W ☐ B ☐   21 Ethnicity: ☐ Hispanic ☐ Other   22 ☐ Multiple Victims ☐ LE Officer   23 Age 35

If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

24 Offender Suspected of Using: ☑ Alcohol ☐ Drugs ☐ Computer Equipment ☐ N/A    25 ☐ Juvenile Gang ☐ Adult Gang ☑ None/Unknown   26 Hate Bias: ☐ Yes ☑ No   27 Bias Code

| 29 Point of Entry | 30 Method of Entry | 31 Local Use | 32 Lighting | 33 Weather | 34 Location Type (Circle) |
|---|---|---|---|---|---|
| ☐ Door ☐ Roof ☐ Window ☐ Other | ☐ Forcible ☐ Attempted Forcible ☐ No Force | | 1 Natural 2 Moon 3 Artificial Exterior 4 Artificial Interior 5 Unknown | 1 Clear 2 Cloudy 3 Rain 4 Fog 5 Snow 6 Hail 7 Unknown | 01 Terminal 02 Bank 03 Bar 04 Church 05 Commercial 06 Construction 07 Conv Store 08 Dept Store   09 Drug Store 10 Field/Woods 11 Govt/Public Building 12 Supermarket 13 Highway/Street 14 Hotel/Motel 15 Jail/Prison 16 Lake/Waterway   17 Liquor Store 18 Parking Lot/Garage 19 Storage Facility 20 Residence/Home 21 Restaurant 22 School/College 23 Service/Gas Station 24 Specialty Store 25 Other/Unknown |

35 Occurred from MM/DD/YY: 07 10 15   36 Time of Event: 11:40 ☐AM ☑PM ☐MIL   37 Day of Week: S M T W ☑T F S (1 2 3 4 5 6 7)

38 Occurred to MM/DD/YY: 07 10 15   39 Time of Event: 12:15 ☐AM ☑PM ☐MIL   40 Day of Week: S M T W ☑T F S (1 2 3 4 5 6 7)

41 # Premises Entered (Burglary)

42 Type Criminal Activity: B Buying/Receiving  C Cultivating/Manu  D Distributing/Selling  E Exploiting Children  O Operating/Promoting  P Possessing/Concealing  T Transporting/Importing  U Using/Consuming

43 Victim Type: ☑ I Individual  B Business  F Financial (Bank)  G Government  R Religious Org  S Society

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description (Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc.) | 48 Dollar Value | | 49 Recovered | |
|---|---|---|---|---|---|---|---|
| | | | | Stolen | Damaged | Date | Value |
| | | | V | | | | |
| | | | N | | | | |
| | | | K | | | | |
| | | | N | | | | |
| | | | O | | | | |
| | | | W | | | | |
| | | | N | | | | |

☐ Continued on Supplement

Loss Code (Enter letter in loss code column)
S Stolen  B Burned
R Recovered  F Forged/Counterfeited
D Damaged/Destroyed  N None
C Confiscated/Seized

Property Code (Enter # in property type column)
01 Aircraft  02 Alcohol  03 Autos  04 Bicycles  05 Buses  06 Clothes
07 Computer  08 Consumables  09 Credit Card  10 Drugs  11 Drug Equip  12 Farm Equip  13 Firearms  14 Gambling Equipment  15 Heavy Construction
16 Household Goods  17 Jewelry  18 Livestock  19 Merchandise  20 Money  21 Negotiable Instrument  22 Non-negotiable Instru  23 Office Equipment  24 Other Motor Vehicle
25 Purse/Wallet  26 Radios/TV/VCR  27 Recordings  28 RV's  29 Structure - Single Occupancy Dwelling  30 Structure - Other Dwelling  31 Structure - Other Commercial  32 Structure - Industrial/ Manufacturing  33 Structure - Public/Community
34 Structure - Storage  35 Structure - Other  36 Tools - Power/Hand  37 Trucks  38 Vehicle Parts/Accessories  39 Watercraft  77 Other

| 50 Stolen Vehicle Only | Area Stolen ☐ Residence ☐ Business ☐ Rural | 51 Ownership verified by: ☐ Title ☐ Bill of Sale | ☐ Tag Receipt ☐ Other | 52 Veh. Categories ☐ Recovered ☐ Stolen | ☐ Victim's Vehicle ☐ Suspect's Vehicle | ☐ Abandoned ☐ Unauthorized Use |
|---|---|---|---|---|---|---|

| 53 Vehicle Year | 54 Vehicle Make | 55 Vehicle Model | 56 Number Veh Stolen | 57 Vehicle Description | |
|---|---|---|---|---|---|

| 58 Vehicle Style | 59 Vehicle Color: Top / Bottom | | 60 License | 61 LST | 62 LIY | 63 Tag Color |
|---|---|---|---|---|---|---|

64 Vehicle VIN Number

65 Warrant Signed ☐ Yes ☐ No   Warrant Number

Motor Vehicle Recovery Only Required For 24XX UCR Code   66 Stolen in your jurisdiction? ☐ Yes ☐ No   Where?   67 Recovered in your jurisdiction? ☐ Yes ☐ No   Where?

| 68 Case # | 68 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX |
|---|---|---|---|---|---|

74 Case Status: ☐ Open/Active ☑ ___ 2 Inactive ☐ 3 Closed   75 Multiple Case Closed Listed Above ☐   Multiple Case Closed Listed On Supplement ☐

77 Case Disposition: 1 Cleared by Arrest (Juvenile)  2 Cleared by Arrest (Adult)  3 Unfounded  4 Exceptional Clearance  5 Administratively Cleared

78 Exceptional Clearance (Circle One): A Suspect/Offender Dead  B Prosecution Declined/ Other Prosecution  C Extradition Denied  D Victim Refused to Cooperate  E Juvenile (No Custody)  F Death of Victim

78 Entered NCIC/ACJIC ☐ Yes ☐ No   Date (MM/DD/YY)

79 Reporting Officer: R. Mays   Officer ID Number 465

80 Assisting Officer   Officer ID Number

81 Supervisor Approval   Officer ID Number

NIC/AIN #:   82 Watch Commander   Officer ID Number

DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

| Incident/Offense Report - Continued | 83 Date of Report (MM/DD/YY) 07 10 15 | 84 Time of Report 23 45 ☑ MIL | 85 Agency Case Number 0 0 0 1 5 0 7 1 0 0 5 2 | 86 Suffix | 87 | Offender ☐ Suspect ☐ Missing Person | ☐ Check if Multiple |

| 88 Reported By (Last, First, Middle Name) | ☑ Victim Or | | 89 Suffix | 90 ☑ Resident ☐ Non-Resident | 91 Home Phone | 92 Work Phone |
| | | | | | | 93 Other Phone |

**VICTIM INFORMATION**

| 94 Victim # our | 95 Victim (Last, First, Middle) Mitchell, Paige | 96 Suffix | 97 Address (Street, City, State, Zip) 2440 Co. Rd 44 | 98 Home Phone (205) 799-4260 | 99 Work Phone |
| | | | | | 100 Other Phone |
| 101 Employer/School Unemployed | 102 Occupation | 103 Address (Street, City, State, Zip) | | | 104 Work Phone |
| | | | | | 105 Other Phone |

| 106 Sex ☐M ☑F | 107 Race ☑W ☐B ☐A ☐I | 108 ☑ English ☐ Spanish ☐ Other | 109 HGT 5'6 | 110 WGT 154 | 111 Date of Birth 04 19 79 | 112 Age 36 |
| 114 Multiple Victims ☐ | 115 ☐ LE Officer | 116 Ethnicity ☐ Hispanic ☐ Other | 117 Injury ☐Yes ☑No | 118 Offender known to victim? ☑Yes ☐No | 119 Victim was? (Explain Relationship.) Ex-Girlfriend | |
| 121 Weapons Used ☑ Firearm ☐ Hands, Fist, Feet, Voice, etc. ☐ Knife ☐ Other Dangerous | | 122 Description of Weapons/Firearms/Tools Used in Offense Describe: | | ☑ Handgun ☐ Rifle ☐ Shotgun ☐ Unknown | | |

| 123 Place of Occurrence (Enter exact street address here.) 619 2nd Ave. Moundville, Al. 35474 | 124 Type Injury ☑None ☐Internal Injury ☐Broken Bones ☐Severe Laceration | I Internal Injury L Severe Laceration | M Minor Injury O Other Major Injury | T Loss of Teeth U Unconscious | 125 Sector |

| 126 Assault ☐ Simple ☐ Aggravated | 129 Treatment for Assault? ☐ Yes ☐ No | 130 Verify for Rape Exam? ☐ Yes ☐ No | 131 Treatment for Rape? ☐ Yes ☐ No |

**OFFENDER INFORMATION**

| 132 Off # 001 | 133 Name (Last, First, Middle) Gray Bradley Elliott | 134 SFX | 135 Alias Brad | 136 Social Security # 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 | 137 Race ☑W ☐B ☐A ☐I | 138 Sex ☑M ☐F | 139 Date of Birth 03 01 80 | 140 Age 45 |
| 141 Address (Street, City, State, Zip) 619 2nd Ave. Moundville, Al. 35474 | | | | 142 HGT 5'8 | 143 WGT 165 | 144 Ethnicity ☐ Hispanic ☐ Other | 145 Language ☑ English ☐ Spanish ☐ Other |
| 146 Probable Destination | | | 147 Eye Hrz | 148 Hair Brd | 149 Complexion Light | 150 Armed ☑Yes ☐No | Weapon Pistol |
| 151 Clothing | | 152 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | | | 153 ☑ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence) |

| 154 Off # | 155 Name (Last, First, Middle) | 156 SFX | 157 Alias | 158 Social Security # | 159 Race ☐W ☐B ☐A ☐I | 160 Sex ☐M ☐F | 161 Date of Birth | 162 Age |
| 163 Address (Street, City, State, Zip) | | | | 164 HGT | 165 WGT | 166 Ethnicity ☐ Hispanic ☐ Other | 167 Language ☐ English ☐ Spanish ☐ Other |
| 168 Probable Destination | | | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐Yes ☐No | Weapon |
| 173 Clothing | | 174 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations | | | 175 ☐ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence) |

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | | Contact Telephone Numbers |
| 176 | 177 ☐M ☐F | 178 ☐W ☐B ☐A ☐I | 179 | 180 | 181 Home | 182 Work |
| | | | | | | 183 Other |
| 184 | 185 ☐M ☐F | 186 ☐W ☐B ☐A ☐I | 187 | 188 | 189 Home | 190 Work |
| | | | | | | 191 Other |
| 192 | 193 ☐M ☐F | 194 ☐W ☐B ☐A ☐I | 195 | 196 | 197 Home | 198 Work |
| | | | | | | 199 Other |
| 200 Witness # 1 SSN | | | 201 Witness # 2 SSN | | 202 Witness # 3 SSN | |

203 I, officer Mayes spoke with the complainant, Ms. Paige, who stated that she came to Mr. Gray house to get her vehicle. Ms. Mitchell stated that Brad stated, "I will you out too" referring to shooting her." Ms. Mitchell said Brad had a pistol in a holster and kept saying he was going to harm her. She stated that after the altercation and not letting her get the car, he cranked up his tractor and started to hook the car up with a chain. Ms. Mitchell stated that she then snapped back and went into the house and layed the pistol down on a ~~tractor~~ RM countertop. Ms. Mitchell was threatened repeatedly and harassed numerous of times. Mr. Gray was arrested and weapon confiscated. No injuries.

☐ Continued on Supplement

| 204 Continued on Supplement ☐ Yes ☐ No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐ Yes ☐ No | Warrant # | 209 Add. Cases Closed Narrative ☐ Y ☐ N |

I hereby affirm that I have read this report and that all the information given by me is accurate to the best of my knowledge. I will assume full responsibility for notifying agency if any stolen property or missing person herein reported is returned.

210 Signature: Paige Mitchell

JUL 18 2015

| Unified Judicial System | **BAIL BOND FEE TRANSMITTAL**<br>FORM (Pursuant to Act 2012-535) | Case/Warrant No.<br>DC-15-100049 |
|---|---|---|

In the **DISTRICT** _____ Court of **HALE** _____, Alabama
<br>(Circuit/District/Municipal)      (County/Municipality)

☒ State of Alabama
<br>☐ Municipality   v. **BRADLEY GRAY** _____, Defendant

Charge: **DVIII/HARASSMENT** _____

Date of Incident: **7/10/2015** _____

Type of Bond:
<br>☒ Professional Bail/Surety
<br>☐ Property
<br>☐ Cash
<br>☐ Judicial Public
<br>☐ Signature/Personal Recognizance

Official Executing the Bond: ☒ Sheriff ☐ Chief of Police

Name: **SHERIFF KENNETH ELLIS** _____

Bond Amount: **$6,000.00** _____

Name(s) of Surety: **ALABAMA'S BEST BAIL BONDS** _____

## TO BE COMPLETED BY LAW ENFORCEMENT

WAS THE $35 BAIL FEE PAID:

☒ The Bail Fee was paid and is attached hereto
<br>☐ The Bail Fee has not been paid
<br>     ☐ Recognizance/Signature Bond
<br>     ☐ Multiple Charges/Same Incident (Fee paid on other charge)
<br>     ☐ Release due to Documented Medical Reasons

_____    07/10/2015
<br>Signature of Law Enforcement Office    Date

*Alesia Tubbs*
<br>Printed Name

## TO BE COMPLETED BY THE CLERK'S OFFICE

Received by: _____

_____
<br>Signature of Circuit/District/Municipal clerk's office    Date
<br>                                            JUL 1 0 2015

_____
<br>Printed Name

DOCUMENTS

ALABAMA JUDICIAL DATA CENTER

COURT PAYMENT SYSTEM

HALE COUNTY.

\*\*\* RECEIPT \*\*\*

NO: 094393

DATE: 07/13/2015
TIME: 15:44:18

CASE: DC2015100049.00  DEFENDANT: GRAY, BRADLEY ELLIOTT

BATCH: 2015159

RECEIVED FROM: ALABAMA'S BEST BAIL BONDS

TYPE: CHECK

AMOUNT: THIRTY FIVE AND NO CENTS--------------------------------$\*\*\*\*\*\*\*35.00

FOR ACCOUNTS:  BAIL  BAIL FEE                $35.00

\*\*\* BALANCE OWED ON THIS CASE BY THIS PAYOR IS: $0.00 \*\*\*

RECEIVED BY: SHJ

NO Contact With Victim

| State of Alabama Unified Judicial System | CONSOLIDATED APPEARANCE BOND | Case Number |
|---|---|---|
| Form CR-10  Rev. 8/98 | (District Court, Grand Jury, Circuit Court) | DC-15-100049 |

IN THE __District__ _(Circuit or District)_ **COURT OF** __Hale__ _(Name of County)_ **, ALABAMA**

**STATE OF ALABAMA v.** __Bradley Gray__ _Defendant_

I, __Bradley Gray__ (Defendant), as principal,

and I (we), __Who Sign__ (Please print)

, as surety(ies), agree

to pay the State of Alabama the sum of $ __6,000.00__ and such costs as authorized by law unless the above-named defendant appears before the district court of the county on __August 3__ (date at __7:30 A__ .M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of __DV III/Harassment__ , or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant __Brad Gray__ (L S)

Address (print) __214 2nd AVE__  City __Moundville__  State __AL__  Zip __35474__

Signature of Surety/Agent of Professional Surety or Bail Company __Carolyn Flenh__ (L.S.)  Signature of Surety/Agent of Professional Surety or Bail Company __Carolyn Flenh__ (L S)

Social Security Number  Telephone Number  Social Security Number  Telephone Number

Address (print) __ALABAMA'S BEST BAILBONDS__ State  Zip  Address (print)  City  State  Zip
__P.O. BOX 1377__
__205-393-5082__

Signature of Surety/Agent of Professional Surety or Bail Company (L.S.)  Signature of Surety/Agent of Professional Surety or Bail Company (L S)

Social Security Number  Telephone Number  Social Security Number  Telephone Number

Address (print)  City  State  Zip  Address (print)  City  State  Zip

__Kenneth Ellis AT__
Approved by Judge/Magistrate/Sheriff

__7-10-2015__
Date  By: Deputy Sheriff

**Defendant's Information**

| Date of Birth __3-1-1980__ | Sex __M__ | Height __5-8__ | Weight __165__ | Employer |
|---|---|---|---|---|
| Social Security Number __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__ | Race __W__ | Hair __BRO__ | Eyes __HA2__ | Employer's Address  __JUL 13 2015__ |
| Driver's License Number __3578098__ | State __(AL)__ | Telephone Number __(865)372-3760__ | | Employer's Telephone Number |

☐ Property Bond  ☒ Professional Surety/Bail Company Bond  ☐ Cash Bond

COURT RECORD: Original  DEFENDANT: Copy  SURETY: Copy

DOCUMENT 6

# POWER OF ATTORNEY

THE NORTH RIVER INSURANCE COMPANY
10550 Richmond Ave., Suite 300 · Houston, TX 77042
P.O. Box 2807 · Houston, Texas 77252-2807
(713) 954-8100    (713) 954-8309 FAX

POWER NO.   ***T10-50503308***

POWER AMOUNT $   ***10,000.00***

This Power of Attorney is granted pursuant to Article V of the By-Laws of THE NORTH RIVER INSURANCE COMPANY as now in full force and effect. Article V, Execution of Instruments- Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, any Vice-President, any Assistant Vice-President, the Secretary, or any Assistant Secretary, or any Assistant Secretary shall have power on behalf of the Corporation: (a) to execute, affix the corporate seal manually or by facsimile, to acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business, including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements; (b) to appoint, in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a), including affixing the seal of the Corporation. Authority of such Attorney-In-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.

> This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Bonds or Immigration Bonds. This power void if altered or erased, void if used with other powers of this Company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.
>
> The obligation of the Company shall not exceed the sum of   ***Ten Thousand  Dollars and Zero Cents***
>
> and provided this Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, THE NORTH RIVER INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this __10__ of ___7___ __15__
DAY      MONTH      YEAR

Bond Amount $ _6000_

Defendant _Bradley Gray_

Charges _DUI Harassment_

Court _District_

Case No. _Aug 3 2015  9:30_

City _Hale_   State _Al_

If rewrite, original No. _____

Executing agent _Carolyn Jenkins_
NAME



By _Robert Crawford_
Robert Crawford
Vice President

08/31/2015

VOID IF NOT ISSUED BY:

*FOR STATE USE ONLY*
*NOT VALID IF USED IN FEDERAL COURT*

COPY FOR COURT

S-0023NR A REV. (05/10)

DOCUMENT 7

ELECTRONICALLY FILED
8/3/2015 10:07 AM
36-DC-2015-100049.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

## IN THE DISTRICT COURT OF HALE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:    DC-2015-100049.00 |
| | ) |
| GRAY, BRADLEY ELLIOTT | ) |
| Defendant. | ) |

### ORDER

DEFENDANT APPEARS THIS DATE AND ENTERS PLEA OF NOT GUILTY.  REQUEST ATTORNEY.  AFFIDAVIT OF HARDSHIP PROVIDED TO DEFENDANT.  ADVISED CASE SET FOR TRIAL ON SEPTEMBER 8, 2015 AT 1:00 p.m.

**DONE this 3ʳᵈ day of August, 2015.**

/s/ **TIMOTHY A. EVANS**
**DISTRICT JUDGE**

DOCUMENT 8



**AlaFile E-Notice**

36-DC-2015-100049.00

Judge: TIMOTHY A. EVANS

To:  BOCKMAN CYNTHIA HELENE MO
     cynthia.bockman@alabamada.gov

---

# NOTICE OF ELECTRONIC FILING

---

IN THE  COURT OF HALE COUNTY, ALABAMA

CITY OF MOUNDVILLE V. GRAY, BRADLEY ELLIOTT
36-DC-2015-100049.00

The following matter was FILED on 8/3/2015 10:07:04 AM

Notice Date:     8/3/2015 10:07:04 AM

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL 36744

334-624-4334
catrinna.perry@alacourt.gov



**AlaFile E-Notice**

36-DC-2015-100049.00

Judge: TIMOTHY A. EVANS

To: GRAY, BRADLEY ELLIOTT
619 SECOND AVENUE
MOUNDVILLE, AL 35474-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE  COURT OF HALE COUNTY, ALABAMA

CITY OF MOUNDVILLE V. GRAY, BRADLEY ELLIOTT
36-DC-2015-100049.00

The following matter was FILED on 8/3/2015 10:07:04 AM

Notice Date:     8/3/2015 10:07:04 AM

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL 36744

334-624-4334
catrinna.perry@alacourt.gov

**IN THE DISTRICT COURT OF** Hale **COUNTY, ALABAMA**

STATE OF ALABAMA

VS.

Bradley Elliott Gray

DEFENDANT.

Case No. DC 2015 - 100049

## PLEA AGREEMENT

After discussion and negotiation between the parties, after a full explanation of rights has been given to the defendant as evidenced by the attached Explanation of Rights form, and after such disclosure of information between the parties as each deems sufficient, it is hereby agreed in this case, pursuant to Rule 14.3, Ala.R.Crim.P., subject to acceptance by the Court, that:

1. The Defendant will enter a plea of guilty to the charge(s) of: OV 3rd Harassmet as charged in the (indictment)(information) all other counts of indictment will be dismissed.

2. ☑ The State will recommend to the Court that the Defendant be given a sentence of 30 days Suspended

3. ☑ The State will recommend to the Court that the Defendant be placed on probation for a period of:

☐ _____ SUPERVISED /☑ 12 mji UNSUPERVISED.

4. ☑ As a condition of probation the Defendant agrees to:

   ☑ Obey all laws and further orders of the Court and Probation Officer.

   ☐ Have no contact with alcohol or illegal drugs.

   ☐ Maintain full time employment.

   ☑ trespassed away from Paige Mitchell complete DV classes in Tuscaloose

5. ☐ Restitution has been determined in the amount of $ _____ to be paid to _____.

6. ☑ Other matters agreed to: Ct costs, fines, Bail Bond fee, are remittal.

7. ☑ The parties are aware that any sentence recommendation by the State of Alabama is merely a recommendation and does not bind the Court and the Court may impose a more severe or less severe sentence than that recommended.

8. ☐ Defendant represents to the State and stipulates that he has _____ prior felony convictions.

Dated This the 8th day of September , 2015.

_____
Defendant

_____
ASSISTANT DISTRICT ATTORNEY

_____
Attorney for Defendant

FILED

SEP 03 2015

CATRINNA LOND PERRY, CLERK
HALE COUNTY, ALABAMA

DOCUMENT 10

| State of Alabama Unified Judicial System | **WAIVER OF COUNSEL** | Case Number |
|---|---|---|
| Form CR-2          Rev. 2/95 | | OC 15-1000499 |

IN THE _District_ COURT OF _Hale_ , ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _Bradley Gray_ , Defendant

I, _Bradley Gray_ , defendant in the above
(please print or type name)

case, having been informed of my right to the assistance of counsel and of the fact that the Court will appoint counsel if I am financially unable to obtain counsel, and understanding these rights, do hereby voluntarily, of my own free will knowingly, and intelligently forego and waive the right to the assistance of counsel. I have been advised that I may withdraw this waiver upon due notice to the Court at any time and that if waiver of counsel is withdrawn, I have the right to appointed or retained counsel at any stage of the proceedings. I understand that I will not be entitled to repeat any proceeding held or waiver prior to that withdrawal solely on the ground of the subsequent appointment or retention of counsel.

Date: _____                    _____
                                          Defendant

☑  it appearing that the foregoing waiver of counsel is made by defendant knowingly, intelligently, and voluntarily, it is ORDERED that it be and the same is hereby accepted subject to further Orders of the Court.

☐  it appearing that the defendant has not made a knowing, intelligent and voluntary waiver of his/her right to counsel, it is ORDERED that:

   ☐  the case is continued to _____ to afford the defendant time to obtain counsel.

   ☐  the Order appointing counsel heretofore entered in this cause remains in full force and effect.

   ☐  an Order appointing counsel to represent the defendant will be entered by the Court.

   ☐  it appearing that the defendant has made an effective waiver of his/her right to counsel, but that there are compelling reasons for appointment of advisory counsel, it is ORDERED that _____
   _____, Attorney at Law, is hereby appointed to advise the defendant at all stages of the proceedings. Notice of all matters of which the defendant is notified shall also be given to advisory counsel.

Date: _9-8/5_                    _____
                                 Judge

FILED

CATRINA LONG PERRY, CLERK
HALE COUNTY, ALABAMA

DOCUMENT 3

# IN THE DISTRICT COURT OF HALE COUNTY, ALABAMA

STATE OF ALABAMA, Plaintiff

CASE NUMBER: DC-20_15_ _100049_

v. Bradley Gray , Defendant.

TR-20____

## ORDER

| | |
|---|---|
| X | Defendant appears, in proper person and is advised of rights and waives counsel [defendant's initials _____ ] or with counsel Hon. _____ [Judge's initials _____ ] |
| | and Youthful offender status as requested by Defendant is _____ granted _____ denied, |
| | and State moves to amend charge to _____ and defendant consents to such amendment, |
| ✓ | and Defendant pleads guilty and is |
| | and defendant pleads not guilty, and after hearing evidence the defendant is |
| | adjudged not guilty. |
| | adjudged guilty and is sentenced to serve __30 days__ in jail, suspended except for _____ days which shall be immediately served, and Defendant shall turn himself in to Hale County Jail _____ by _____ .M. |
| | On motion of State, case nolle-prosse. All cost, fines, fees and attorney fees remitted. |
| | On motion of State, case dismissed on condition of: ___ Restitution, ___ cost, ___ fines, ___ fees, ___ atty fees and Defendant shall pay a fine of $_____ plus costs and a Bail Bond Fee of $_____ $35, §2(a)(1)(b) and $25.00 to the crime victims compensation commission in any non-traffic case, plus the costs of any _____ (Act 2012-appointed attorney, plus fees, plus any amounts due the District Attorney's Check Unit, if any, and restitution in the amount of $_____, to be paid to: _____ |
| | Payments made in this case shall be applied FIRST, to restitution owed, SECOND, to court costs, and finally to fines and other charges. |
| ✓ | [for convictions under Ala. Code § 13A-12-260 (Paraphernalia) or § 13A-12-214 (Marihuana II)] Defendant shall pay the required fees of $100.00 pursuant to Ala. Code § 36-18-7 and $40.00 pursuant to Ala. Code § 12-19-181. |
| | [for convictions of DUI, Possession of Marihuana, Paraphernalia, Public Intoxication or Domestic Violence, where alcohol or drugs is a factor]: Defendant is ORDERED to see Court Referral Officer and follow and complete all recommendations CRO makes. CRO telephone: (334) 877-1778. |
| ✓ | Defendant is placed on ✓ UNSUPERVISED _____ SUPERVISED probation for a period of _____ years conditioned on good behavior, on satisfaction of all mandates of this order, on no further violation of the law and on payment of the fine above, restitution, fees and costs, including all sums due the District Attorney's Check Unit, if any. |
| | Defendant shall have all fines, cost, fees and restitution (if any) paid by the _____ day of _____, 20____. Failure to have the case paid will result in a warrant for your arrest and being held in jail until the case is paid or until you have served _____ days at the rate of $15.00 per day. There may also be a fee added of 30%, which may result in additional days in jail. Failure to pay the case may also result in your drivers license being suspended. |
| | If checked, partial payments to circuit clerk of $_____ are authorized, and are due by the _____ of each month, commencing on _____, and shall continue to be paid until restitution, cost, fees, and any amount due the District Attorney's Check Unit and fines are paid and clerk shall issue a warrant for arrest of Defendant if payments are not made as ordered. |
| | Defendant is ordered to complete _____ hours of community service with the following organization: _____. Upon completion of Community Service with an approved non-profit organization the following, if checked shall be remitted: ___ Court Cost, _____ fines, _____ fees, _____ atty fees. Defendant shall present to the Circuit Clerk documentation on the Organization's letter head indicating that all hours of Community Service have been completed. Such Community Service shall be completed by the _____ day of _____, 20 _____. |
| | Other order/agreement: If checked, following remitted: ✓ cost, fines _____ fees ___ atty fee  No Contact with victim in Case  Cir. fines & fees Remitted DA |
| ✓ | Review this matter for compliance on the _____ day of _____, 20 _____ at 9:00 _____ A.M. If the record reflects that all requirements have been satisfied, Defendant need not appear. Failure to appear in a case where the record fails to reflect that all requirements have been satisfied will result in a warrant for defendant's arrest |
| ✓ | DONE AND ORDERED this _____ day of _JAN._ , 20__. |

TIMOTHY A. EVANS, District Judge

___ If checked, please fax to   Jail   DA   All Attorney of record



**COMPLETION CERTIFICATE**

**Attention:**       Hale County District Court, Ms. Kimberly Pernell/Judge
                     Evans:

This is to certify that the defendant below has successfully completed all of the
requirements of the Court Referral Officer on 03/18/2016

**Name:**                  BRAD GRAY

**Judge:**                 TIMOTHY A. EVANS

**Case number:**           3600DC201510004800
                                               49

BRAD GRAY   completed Level  Other and 4 months of monitoring.

Notes:

Completion Certificate attached.

Kenyatta Phillips

CRO Phillips signature

cc: Hale Co ADA
     Cynthia Bockman

     CCP File

MAR 1 8 2016

DOCUMENT 12

# FAMILY COUNSELING SERVICE
## 2020 Bryant Drive
## Tuscaloosa, Alabama 35401
## (205) 752-2504

## AMP COMPLETION SUMMARY

Date: ___03-17-16___

To: **Judge**
   **Hale County Court**

From: ___Loreen Hudson___ **, Group Leader**

**Re: Brad Gray**
**Case #: 3600DC201510004800**
                      49

**This is to confirm that the above named client has attended all 12 sessions of the Anger Management Program and has completed the program in compliance with the Court.**

**Completion of the Anger Management Program is no guarantee of a change in the participant's behavior. The program seeks to offer education and insight to encourage change, but the actual change is at the discretion of each participant and remains beyond the ability of this program to control.**

MAR 1 8 2016

CATHERINA ECHOLS POWER, CLERK
HALE COUNTY, ALABAMA

ELECTRONICALLY FILED
3/28/2016 11:31 AM
36-DC-2015-100049.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

## IN THE DISTRICT COURT OF HALE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:   DC-2015-100049.00 |
| | ) |
| GRAY, BRADLEY ELLIOTT | ) |
| Defendant. | ) |

### ORDER

COURT BEING NOTIFIED BY COURT REFERRAL PROGRAM THAT DEFENDANT HAS
COMPLETED THE REQUIREMENTS OF CRO PROGRAM, RECORD SHALL REFLECT
SAME.

**DONE this 28th day of March, 2016.**

/s/ **TIMOTHY A. EVANS**

**DISTRICT JUDGE**



**AlaFile E-Notice**

36-DC-2015-100049.00

Judge: TIMOTHY A. EVANS

To: BOCKMAN CYNTHIA HELENE MO
cynthia.bockman@alabamada.gov

# NOTICE OF COURT ACTION

IN THE  COURT OF HALE COUNTY, ALABAMA

CITY OF MOUNDVILLE V. GRAY, BRADLEY ELLIOTT
36-DC-2015-100049.00

A court action was entered in the above case on 3/28/2016 11:31:59 AM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | TAE |

| | |
|---|---|
| Notice Date: | 3/28/2016 11:31:59 AM |

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL 36744

334-624-4334
catrinna.perry@alacourt.gov

DOCUMENT 14



**AlaFile E-Notice**

36-DC-2015-100049.00

Judge: TIMOTHY A. EVANS

To:  GRAY, BRADLEY ELLIOTT
619 SECOND AVENUE
MOUNDVILLE, AL 35474-0000

# NOTICE OF COURT ACTION

IN THE  COURT OF HALE COUNTY, ALABAMA

CITY OF MOUNDVILLE V. GRAY, BRADLEY ELLIOTT
36-DC-2015-100049.00

A court action was entered in the above case on 3/28/2016 11:31:59 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:            TAE

Notice Date:    3/28/2016 11:31:59 AM

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL 36744

334-624-4334
catrinna.perry@alacourt.gov

DOCUMENT 11

## IN THE DISTRICT COURT OF HALE COUNTY, ALABAMA

STATE OF ALABAMA, Plaintiff

v. *Bradley Gray*, Defendant.

CASE NUMBER: DC-20 *15  100049*

TR-20 ____

### ORDER

| | |
|---|---|
| X | Defendant appears, in proper person and is advised of rights and waives counsel [defendant's initials ___ ] or with counsel Hon. ____ |
| | and Youthful offender status as requested by Defendant is ____ granted ____ denied, [Judge's initials ____ ] |
| | and State moves to amend charge to ____ and defendant consents to such amendment, |
| ✓ | and Defendant pleads guilty and is ____ |
| | and defendant pleads not guilty, and after hearing evidence the defendant is ____ |
| | adjudged not guilty. |
| ✓ | adjudged guilty and is sentenced to serve _30 days_ in jail, suspended except for ____ days which shall be immediately served, and Defendant shall turn himself in to Hale County Jail by ____.M. |
| | On motion of State, case nolle-prosse. All cost, fines, fees and attorney fees remitted. |
| ✓ | On motion of State, case dismissed on condition of: ____ Restitution, ____ cost, ____ fines, ____ fees, ____ atty fees and Defendant shall pay a fine of $ ____ plus costs and a Bail Bond Fee of $ ____ $35, §2(a)(1)(b) and $25.00 to the crime victims compensation commission in any non-traffic case, plus the costs of any appointed attorney, plus fees, plus any amounts due the District Attorney's Check Unit, if any, and restitution in the amount of $ ____, to be paid to: ____ (Act 2012- ____) Payments made in this case shall be applied FIRST, to restitution owed, SECOND, to court costs, and finally to fines and other charges. |
| ✓ | [for convictions under Ala. Code § 13A-12-260 (Paraphernalia) or § 13A-12-214 (Marihuana II)] Defendant shall pay the required fees of $100.00 pursuant to Ala. Code § 36-18-7 and $40.00 pursuant to Ala. Code § 12-19-181. [for convictions of DUI, Possession of Marihuana, Paraphernalia, Public Intoxication or Domestic Violence, where alcohol or drugs is a factor]: Defendant is ORDERED to see Court Referral Officer and follow and complete all recommendations CRO makes. CRO telephone: (334) 877-1778. |
| ✓ | Defendant is placed on ____ UNSUPERVISED ____ SUPERVISED probation for a period of ____ years conditioned on good behavior, on satisfaction of all mandates of this order, on no further violation of the law and on payment of the fine above, restitution, fees and costs, including all sums due the District Attorney's Check Unit, if any. Defendant shall have all fines, cost, fees and restitution (if any) paid by the ____ day of ____, 20 ____. Failure to have the case paid will result in a warrant for your arrest and being held in jail until the case is paid or until you have served ____ days at the rate of $15.00 per day. There may also be a fee added of 30%, which may result in additional ____ days in jail. Failure to pay the case may also result in your drivers license being suspended. If checked, partial payments to circuit clerk of $ ____ are authorized, and are due by the ____ of each month, commencing on ____, and shall continue to be paid until restitution, cost, fees, and any amount due the District Attorney's Check Unit and fines are paid and clerk shall issue a warrant for arrest of Defendant if payments are not made as ordered. |
| | Defendant is ordered to complete ____ hours of community service with the following organization: ____. Upon completion of Community Service with an approved non-profit organization the following, if checked shall be remitted: ____ Court Cost, ____ fines, ____ fees, ____ atty fees. Defendant shall present to the Circuit Clerk documentation on the Organization's letter head indicating that all hours of Community Service have been completed. Such Community Service shall be completed by the ____ day of ____, 20 ____ |
| ✓ | Other order/agreement: If checked, following remitted: ✓ cost, fines ✓ fees ✓ atty fee _No Contact with victim in Cell_  _C.H., fines & fees Remaining DA_ |
| ✓ | Review this matter for compliance on the ____ day of ____, 20 ____ at 9:00 ____ A.M. If the record reflects that all requirements have been satisfied, Defendant need not appear. Failure to appear in a case where the record fails to reflect that all requirements have been satisfied will result in a warrant for defendant's arrest |

DONE AND ORDERED this _0_ day of _Jan_, 20 _15_

TIMOTHY A. EVANS, District Judge

____ If checked, please fax to ____ Jail ____ DA ____ All Attys of record ____