IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Sylvia RAY,** etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. **19-0069-KD-MU** |
| | ) | |
| **The Estate of Bradley Elliott GRAY**, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Please take notice that plaintiffs voluntarily dismiss defendant identified as The Estate of Bradley Elliot Gray.

/s/ John E. McCulley
_____
John E. McCulley
One of the Attorneys for Plaintiffs
ASB-1374-U76J
So. Dist. Code:  MCCUJ1374

JOHN E. McCULLEY, P. C.
601 Greensboro Ave. – Ste. 200
Tuscaloosa, AL 35401
P. O. Box 20576
Tuscaloosa, AL 35402
205-345-6773
johnemcculley@gmail.com

Certificate of Service

I certify that I served a copy of the foregoing upon the following via the court's electronic noticing system.

Hon. James W. Porter
Hon. R. Warren Kinney
Porter, Porter & Hassinger, P.C.
880 Montclair Rd. – Ste. 175
Birmingham, AL 35213
205-322-1744
jwporterii@pphlaw.net
wkinney@pphlaw.net

Hon. Thomas O. Gaillard III
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
P.O. Box 2767
Mobile, AL 36652
251-432-5521
tog@helmsinglaw.com

DONE on the date filed with the clerk,

/s/ John E. McCulley

_____
John E. McCulley